# EXHIBIT B

This NONDISCLOSURE AGREEMENT (this "Agreement"), dated as of March 11, 2011, is made by and between Virgin Management USA, Inc., a Delaware corporation, with an address at 65 Bleecker Street, 6th Floor, New York, NY 10012 ("Virgin"), and Colin Veitch, an individual, with an address at 9801 West Suburban Drive, Pinecrest, FL 33156 (the "Counterparty"). Virgin and the Counterparty shall deliver to each other certain Confidential Information (as defined below) in connection with a potential business relationship between them (the "Potential Transaction"). Any party that discloses information hereunder shall be referred to as the "Disclosing Party" and any party that receives information shall be referred to as the "Receiving Party".

NOW, THEREFORE, in consideration of covenants and agreements contained herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. "Confidential Information" means all ideas and all non-public confidential or proprietary information and materials which the Receiving Party receives or acquires from, or on behalf of, the Disclosing Party in the course of evaluating the Potential Transaction. Confidential Information shall be deemed to include all notes, summaries, analyses, studies or other documents prepared by Receiving Party that contain, or are based upon, in whole or in part, Confidential Information, and shall include the existence of this Agreement and/or the Potential Transaction. Confidential Information shall not include information which Receiving Party can demonstrate: (i) is or becomes publicly available through no fault of Receiving Party; (ii) was known to Receiving Party prior to disclosure as evidenced by Receiving Party's records; or (iii) properly comes into Receiving Party's possession from a third party which is not under any obligation to maintain the confidentiality of such information.

2. Receiving Party agrees that it: (i) shall hold Confidential Information in strict confidence and not disclose Confidential Information to any third parties other than Receiving Party's financial, legal, and professional advisors (the "Advisors") having a need to know and who are informed by the Receiving Party of the obligations with respect to the Confidential Information pursuant to this Agreement (the parties hereby acknowledge and agree that each will be liable for any breaches of this Agreement by its Advisors); and (ii) will not use Confidential Information for its own purposes in connection with evaluating the Potential Transaction. Receiving Party may disclose Confidential Information pursuant to a judicial or other government order, provided that Receiving Party shall provide Disclosing Party with prompt notice prior to any disclosure so that Disclosing Party may seek other legal remedies to maintain the confidentiality of such Confidential Information, and Receiving Party shall comply with any applicable protective order or equivalent.

3. Receiving Party agrees that the unauthorized disclosure or use of Confidential Information will cause irreparable harm and significant injury for which money damages will be inadequate and/or difficult to ascertain. The Disclosing Party shall therefore be entitled to seek injunctive and other equitable relief without the requirement of posting a bond or other security. The remedies in this section shall be in addition to and not in limitation of any other remedies to which Disclosing Party may be entitled under this Agreement or otherwise at law or in equity.

4. At any time upon Disclosing Party's request, Receiving Party will, at Receiving Party's option, (x) return all copies of Confidential Information which are in Receiving Party's possession or (y) destroy all copies of Confidential Information which are in Receiving Party's possession.

5. Receiving Party acknowledges that all Confidential Information is and shall remain the sole property of Disclosing Party. Receiving Party agrees that nothing contained in this Agreement shall be construed as granting any rights by license or otherwise, to any Confidential Information, or as obligating either party hereto to enter into any further agreement with respect to the subject matter hereof or otherwise. All Confidential Information provided to Receiving Party hereunder is provided without any representation or warranty, express or implied, as to the accuracy or completeness of such Confidential Information. Receiving Party agrees that Disclosing Party shall have no liability to Receiving Party resulting from the use of the Confidential Information by Receiving Party.

6. The term of this Agreement shall commence upon the date first written above and shall continue in full force and effect until the earlier of (a) such time as Confidential Information is publicly disclosed with Disclosing Party's written authorization, and (b) three (3) years from the date hereof.

7. Receiving Party may not assign this Agreement or any of Receiving Party's rights hereunder without Disclosing Party's prior written consent. Any attempted assignment in violation of this provision shall be void. Subject to the foregoing, this Agreement shall be binding upon and inure to the benefit of Receiving Party and Disclosing Party, and each of their respective successors and permitted assigns, and no other person shall acquire or have any rights under this Agreement.

8. This Agreement shall be governed by the internal laws of New York. Each of the parties agrees that any action or proceeding seeking to enforce any provision of this Agreement or to resolve any dispute arising out of or in connection with this Agreement shall be brought exclusively in a court located in either New York County, New York or Miami-Dade County, Florida. The parties waive, to the fullest extent permitted by law, any objection that they may now or hereafter have to the laying of venue of any such action or proceeding in such courts and any claim that any such action or proceeding brought in any such court has been brought in any inconvenient forum. Failure to enforce any provision of this Agreement shall not constitute a waiver of such provision or any other provision hereof. This document contains the entire agreement between the parties with respect to the subject matter, and supersedes all prior and contemporaneous agreements with respect to such subject matter. No waiver, amendment or modification of any of the provisions of this Agreement shall be valid unless in writing and signed by both parties. The parties hereby agree that a facsimile copy of this Agreement will be deemed an original for all purposes, and each waive the necessity of providing the original copy of this Agreement to bind the other.

9. This Agreement may be executed in one or more counterparts, each of which shall constitute an original, and all of which when taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the date first written above.

"Counterparty": _____

Print Name: Colin Veitch

"Virgin":

Virgin Management USA, Inc.

By: _____
Name: Thayer Thompson
Title: Authorized Signatory