# EXHIBIT E



KfW IPEX-Bank GmbH • Postfach 11 11 41 • 60046 Frankfurt am Main

**Virgin Group**
**Mr. Anthony S. Marino**
Managing Partner, Leisure & Hospitality
**Mr. Nirmal Saverimuttu**
Principal
65 Bleecker Street, 6th Floor
New York, N.Y. 10012

Josef Schmid
phone:  +49 69 7431-2195
fax:    +49 69 7431-3768
email:  josef.schmid@kfw.de
date:   29.03.2012

**VSM Development, Inc.**
**Mr Colin Veitch**
President & CEO
9801 W Suburban Dr
Pinecrest, FL 33156

X2a1 –  Financing of two "Ultra-Ship" Cruise Vessels for Virgin Cruises with each 172,900gt to be built at Meyer Werft, Germany

Non-binding Letter of Interest

Dear Sirs,

After we have been approached by our esteemed client Meyer Werft GmbH (Meyer Werft), Papenburg/Germany, who is currently in discussions with you regarding a potential order of two "Ultra-Ship" Cruise Vessels for Virgin Cruises, we discussed with you the financing of such project and are pleased to confirm to you that we are in the process of structuring the financing of both vessels and have commenced our credit assessment on the basis of the economics of your business plan presented to us which seems to be worthwhile to pursue the project from our perspective as a senior lender.

As you are well aware KfW IPEX-Bank (IPEX-Bank, AA-rated) is a wholly owned subsidiary of KfW and concentrates on the export and project financing activities within the KfW group. KfW itself is a promotional financing institution (AAA-rated) owned by the Federal Government of Germany (80%) and the Federal States (20%) of Germany. IPEX-Bank is among the worldwide biggest ship financiers with a portfolio in shipping of about USD 18.7bn in total and about USD 5.8bn in cruise financing.

Based on our longstanding relationship with Meyer Werft we are investigating to support this project with a competitive post-delivery financing but it should be noted that a formal financing proposal requires a thorough credit assessment. We have spent considerable time with you analysing your business plan and cash flow projections and it is our _intention_ to apply for a full internal credit approval and for export credit cover on this basis once we have a clear indication that the required amount and quality of equity will be committed for the project.

With respect to the long-term post-delivery financing we may consider a financing covered by Germany's Export Credit Agency Euler Hermes in US-Dollars for an amount of up to 80% of the

KfW IPEX-Bank GmbH • Palmengartenstraße 5–9 • 60325 Frankfurt • Tel.: 069 7431-0 • Fax: 069 7431-2944
www.kfw-ipex-bank.de • Sitz: Frankfurt am Main • Amtsgericht Frankfurt am Main: HRB 79744
Geschäftsführung: Christiane Laibach, Christian K. Murach, Markus Scheer, Harald D. Zenke (Sprecher)
Vorsitzender des Aufsichtsrats: Dr. Norbert Kloppenburg

Virgin Cruises

- 2 -

building costs of each vessel with a tenor of up to 12 years respectively; building costs may include buyers supplies and change orders to a certain extent. It is also possible to provide financing for up to 100% of the ECA fee. The financing itself would be based on the German CIRR (Commercial Interest Reference Rate) scheme, a special interest rate regime benefiting from German Government support.

The German CIRR scheme offers the following benefits to you:

- Competitive interest rates, benefiting from German Government support at preferential rates;
- KfW to provide funding of up to 100% of the loan amount also for other lenders (such banks to be approved by KfW), such funding possibility easing the syndication process in the current economic environment;
- Fixed interest rates and therefore solid calculation basis for interest expenses at the date of signing of the loan agreements; for your information only, the applicable USD CIRR-rate from March 15 to April 14, 2012 for a 12 year financing stands at 2.37% p.a. to which the margin will be added;
- Elimination of interest rate fluctuations and corresponding costs for managing the interest risk;
- Flexibility to change to floating market rates at any time prior 60 days to first disbursement for each vessel.

In terms of currency you have advised us that you are looking for a long term USD financing, however we are also prepared to consider another currency (such as GBP) subject to availability of the respective funds and the CIRR-rate.

With respect to the ECA-guarantee KfW IPEX has a longstanding relationship with Euler Hermes (acting as the German Export Credit Agency on behalf of the Federal Government). We would apply for an export credit guarantee covering 95% of the loan amount. The ECA guarantee is an important and crucial element in the financing structure enabling us to provide a financing. Once ECA-cover of Euler Hermes, CIRR and funding by KfW has been granted, the financing is still subject, among others, to syndication.

Kindly note, that this letter does not constitute a binding commitment by KfW IPEX-Bank.

We trust that this statement of our interest and intent in the financing meets your requirements at this stage and we are looking forward to further discussing the project in order to elaborate a customised financing once you have progressed in your negotiations with investors providing the required equity portion and the yard regarding the finalising of the building contracts.

In case of any questions, please do not hesitate to contact us.

Best regards,
KfW IPEX-Bank GmbH

(Rahe)        (Schmid)