# EXHIBIT F

CONFIDENTIAL

DRAFT

Appendix

# Virgin Cruises

## Cruising for the 21st Century - Opportunity to Make “Ultra” Returns

*January 2012*

ALLEN & COMPANY LLC

CONFIDENTIAL

# A. The "Ultra Ship" Concept

ALLEN & COMPANY LLC

CONFIDENTIAL

# The "Ultra Ship" Concept

**Revolutionary Ship Based on Size and Amenities**

- Introduced in 2010, the "Ultra Ship" is a revolutionary cruise ship based upon its size and expanded amenities
  - 4,500+ passengers
  - Substantial proportion of balcony rooms, which are the most desirable and most profitable
  - Greater variety of accommodation, including $2,000+ per night suites
  - Greater variety in dining and entertainment, including top quality a la carte and name-brand productions
- To date, 3 "Ultra Ships" are in service, 2 with Royal Caribbean and 1 with Norwegian Cruise Line. No other "Ultra Ships" are on order

**Superior Economics Create Revenue and Cost Advantages**

- Economics are dramatically superior to those of a traditional cruise ship
  - 30-40% pricing premium - driven by range, variety and quality of accommodation, expanded amenities and high-profile appeal
  - Similar premium in on-board revenue
  - Size-driven cost efficiencies in operation
- "Ultra Ship" archetype has altered barriers to entry by creating revenue & cost advantages on a single vessel that historically were only obtainable across multi-ship fleets

CONFIDENTIAL

# "Ultra Ships" Have Changed the Competitive Landscape

- 2010 saw the introduction of 3 revolutionary "Ultra Ships" into the global cruise industry
- These ships have generated significant publicity independent of their parent brands
- Despite being introduced in the midst of difficult economic conditions, these ships are reported to be generating extraordinary returns
  - Based upon 1st year results and advertised travel rates, these ships are commanding a significant 30-40% ticket revenue premium compared to their older legacy sister ships
- The big cruise operators are faced with a conundrum:
  - Customers clearly prefer to book their cruise holidays on the new "Ultra Ships"
  - However, the great preponderance of the big cruise companies' capacity is in the form of smaller, older legacy ships
  - Do you risk cannibalization by continuing to build "Ultra Ships"?
- The average age of the big Four's (largely legacy) fleet is approaching 9.5 years, and will be over 13 years by the time the 1st of the 2 proposed ships in this project is delivered in 2016
  - Several ships are approaching 20 years with some ships as old as 24, 26 and 28 years
- The average ship size in the legacy fleets is < 2,300 berths vs. 4,500+ for an "Ultra Ship"
- Investors cannot directly access the pure returns of the new Ultra Ships

CONFIDENTIAL

# "Ultra Ship" Illustrated

- "Ultra Ship" Oasis of the Seas, foreground, sits in Nassau, Bahamas alongside three conventional Panamax ships and one slightly-over Panamax ship. From bottom to top: Oasis of the Seas; Costa ship; Disney ship; Carnival ship; MSC ship

CONFIDENTIAL

# "Ultra Ship" Illustrated (Cont'd.)

- The overwhelming difference in size is obvious. The lower ship is a conventional 92,700 gross tonnes (i.e. maximum size for the Panama Canal) vs. the Oasis at 220,000 gross tonnes

CONFIDENTIAL

# "Ultra Ship" Illustrated (Cont'd.)

- *Oasis of the Seas* has a superstructure that resembles 2 parallel conventional ships' upper decks joined by a series of bridges whose engineering function is to hold the 2 parts together. The aft is a continuation of the hollow centre, and culminates in a huge outdoor amphitheatre where aquatics shows are staged. The hollow centre allows for the creation of outside cabins with balconies where a conventional ship would have enclosed interior cabins without windows



CONFIDENTIAL

PICTURES INTENTIONALLY REMOVED FOR FILE SIZE

# Striking Appearance

- *Giant structures, 3x QE2*
- *Private balconies as standard*
- *Soaring atria*
- *Horizontal internal and external promenades*
- *Expansive outside decks and Aquaparks*
- *Architectural drama*
- *"Canyon", "Boardwalk" and "Central Park"*

CONFIDENTIAL

PICTURES INTENTIONALLY REMOVED FOR FILE SIZE

# More Accommodation Types

- *Split-level Loft Suites*
- *Private Courtyard Villas complex - "Ship within a Ship"*
- *Spa Suites*
- *Family staterooms*
- *Ocean-view Balcony staterooms*
- *Interior view Balcony rooms*
- *Inside staterooms*
- *Singles Studios*

CONFIDENTIAL

PICTURES INTENTIONALLY REMOVED FOR FILE SIZE

# More On-board Revenue

- *Name brand shops*
- *Bars*
- *Casinos*
- *Spas*
- *Art Galleries*
- *Private beach clubs*
- *Internet use*
- *A la carte restaurants*
- *Digital photography*
- *Even coffee!*

CONFIDENTIAL

PICTURES INTENTIONALLY REMOVED FOR FILE SIZE

# More Dining Variety

- *Steak house*
- *Churascaria*
- *Sushi*
- *Teppanyaki*
- *Chinese*
- *Italian*
- *Mexican*
- *French*
- *Private dining*
- *Chef's table*
- *Bakery/Confisserie*
- *Tapas Bar*
- *Seafood*
- *Ice Cream bar*
- *Johnny Rockets Burgers*

CONFIDENTIAL

PICTURES INTENTIONALLY REMOVED FOR FILE SIZE

# More Entertainment Options

- *"Blue Man Group" Las Vegas show*
- *"Chicago" and "Hairspray" full Broadway productions*
- *Dinner/Cabaret theater*
- *High-diving water based acrobatics show outdoors*
- *"Second City" comedy troupe Comedy Club*
- *South Beach-style beach club*
- *Jazz and Blues club*

CONFIDENTIAL

PICTURES INTENTIONALLY REMOVED FOR FILE SIZE

# More Activity Options

- *200' Tube slide and plunge aquaride*
- *"Flowrider" surf simulator*
- *Squash/raquetball*
- *Bowling alleys*
- *Zipline rides*
- *Climbing and abseiling walls*
- *Sub-zero Ice Bar*
- *Wii Video Wall*

CONFIDENTIAL

# B. The Virgin Group/Brand

ALLEN & COMPANY LLC

CONFIDENTIAL

# Virgin Group and the Virgin Brand

## The venture will have exclusive access to Virgin - one of the world's most powerful consumer brands with strong awareness in key cruise markets

- Virgin is a leading investment group and one of the world's most recognized and respected brands
- Conceived in 1970 by Sir Richard Branson, the Virgin Group has gone on to grow very successful businesses in sectors ranging from air and leisure travel to transportation, mobile telephony, financial services, media, music and fitness. Global branded revenues in 2010 exceeded $21 billion
- Virgin's presence spans 5 continents with strong global awareness
  - UK: 100% awareness, US 90% awareness, Australia 96% awareness (all key cruise markets)
  - 60+ million customers - all loyal, engaged and eager for new Virgin product
- Virgin hallmarks and awards:
  - Customer service, value for money, fun, upscale/approachable positioning
  - One of the world's 30 most innovative companies (Bloomberg Business Week)
  - 4th best marketed brand in the world (Forbes)
  - Strongest brand in travel & leisure sector (Business Superbrands)

CONFIDENTIAL

# The Power of the Brand

➢ A powerful brand that drives tangible value to our businesses and partners

US investor Wilbur Ross reveals why he stumped up more than £250m to help Virgin Money buy Northern Rock. **Richard Blackden** reports

*'We got to understand just how powerful the Virgin name is*

There is a good chance you have hit the rocks if Wilbur Ross comes calling. The 73 year old has made his multi-billion dollar fortune because he is prepared to buy things that few others will. Sometimes it is companies. Sometimes it is entire industries. He netted a fortune when he sold International Steel Group, a US steel producer welded together from two bankrupt companies, to Indian tycoon Lakshmi Mittal for $4.5bn (£2.8bn) in 2004.

Ross is one of the biggest players in the world of distressed investing, or "vulture investing" as it is also known. If it is battered and failing, it may twinkle enough to catch the eye of Ross and his team of more than 50 who work out of the firm's office in midtown Manhattan.

**WILBUR ROSS CV**
**Age** 73
**Born** New Jersey
**Education** Yale University
**Career** Rothschild, then his own firm, WL Ross & Co

Sunday Telegraph, November 20, 2011

# Customer Target: "Experience Seekers"

- The Virgin brand attracts a valuable audience of high income, well educated, metropolitan "experience seekers"

V
Valuable
Well educated
Pay for quality
High income earners
Urbanites
Savvy shoppers
I
I-tech
Always on
Info seekers
Thrive on tech
Latest & greatest
Value convenience
P
Passionate
Creative
Brand ambassadors
Seek new experiences
Frequent travelers
Crazy about fashion
S
Social
Social shoppers
Love meeting new people
Facebookers
Team players
WOM

CONFIDENTIAL

# The Virgin Formula

- Map customer journey - design around pain points to consistently surprise & delight the customer
- Virgin levers: service, voice, technology and design

## Service

Hire for attitude, train for success

## Voice

Leverage our irreverent capability

## Technology

Personalization and control

## Design

Transformative experiential design

CONFIDENTIAL

# Strong Track Record

➤ Brand power and large base of "fans" drive rapid adoption that results in Virgin businesses achieving scale quickly

| Realized 'Billion Dollar' Businesses |
| --- |

1. Virgin Records (1992)
2. Virgin Atlantic (2000)
3. Virgin Australia (2003)
4. Virgin Mobile UK / Media (2007)
5. Virgin Mobile US (2007)
6. Virgin Galactic (2010)
7. Virgin Active (2011)
8. Virgin Money (2011)

| Selected Partners |
| --- |

WL ROSS & CO. LLC

# Virgin Group Structure

- The Group is structured around 6 core sectors, each run by a team of investment professionals reporting to the Group Board
- Virgin Management (centralized professional services platform) provides on-going support to the businesses as required

Virgin Group Holdings Limited
Chairman (Peter Norris)
Advisory Committee
Aviation & Travel
Telecoms & Media
Financial Services
Health & Wellness
Special Situations
Leisure & Hospitality
Key Individuals
David Baxby
Peter Stephens
Stephanie Hazel
Jayne-Anne Gadhia
Patrick McCall
Patrick McCall
Anthony Marino
Nirmal Saverimuttu
Virgin Management (Professional Services Platform)
Brand Management
Customer Experience Design
Best Practices
Web/Social Media
People/training
Legal
Finance/tax planning
Procurement/IT

CONFIDENTIAL

# Virgin Group Portfolio

- Virgin has a successful track record across its core sectors
- Leisure and Hospitality identified as a strategic growth area

Virgin Group Holdings Limited
Chairman (Peter Norris)

Advisory Committee

| | Aviation & Travel | Telecoms & Media | Financial Services | Health & Wellness | Special Situations | Leisure & Hospitality |
|---|---|---|---|---|---|---|
| Key Mature Assets | Virgin Atlantic<br>Virgin America<br>Virgin Australia<br>Virgin Holidays | Virgin Media<br>Virgin Mobile USA<br>Virgin Mobile France<br>Virgin Mobile India<br>Virgin Mobile SA<br>V-Festivals | Virgin Money UK | Virgin Active | Virgin Galactic<br>Virgin Rail | Virgin Limited Edition |
| Revenue | £6,852m | £5,883m | £133m | £615 | £1,111m | £20m |
| Realised 'Billion Dollar' Businesses | Virgin Atlantic<br>Virgin Australia | Virgin Media<br>Virgin Mobile USA | Virgin Money UK | Virgin Active | Virgin Galactic<br>Virgin Records | None |

CONFIDENTIAL

# Virgin Cruises: A Natural Extension

## Traditional Cruising

**"TRAPPED"** WITH THE WRONG CROWD
HARD TO FIND MY WAY **AROUND**
FUN **DELAYED** UNTIL AFTER SAFETY TRAINING
RETAIL MEANS **TRINKETS** AND SOUVENIRS
LOOKS LIKE I'D **EXPECT** FROM A CRUISE
TOO MUCH FOOD, **QUANTITY** NOT QUALITY
TOO **BIG** (SHIP) OR TOO **SMALL** (ROOMS)
I FEEL **LOST** AND OUT OF TOUCH

"a vacation I take"

## Virgin Cruising

A **COMMUNITY** OF PEOPLE "LIKE ME"
**DISCOVERY** AROUND EVERY CORNER
EXPERIENCE BEGINS **INSTANTLY**
BUY INTO A **LIFESTYLE** I CAN TAKE HOME
**REFRESHINGLY** STYLISH AT SEA
NEW DINING, **REFINED** CHOICES
THE RIGHT SIZE, THE **PERFECT FIT**
I FEEL **CONNECTED** & IN CONTROL

"an experience that takes me somewhere new"

CONFIDENTIAL

# Leisure and Hospitality: Key Growth Focus

**Growth considerations for the Brand:**

- ‘Contiguous’: grow deeper into existing territories (UK, US, Australia)
- ‘Geographic’: grow into new territories (Asia, South America, Africa)
- On balance, ‘contiguous’ growth preferred as it capitalizes on:
  - Brand strength and awareness in existing territories
  - Existing infrastructure and relationships

**Leisure and Hospitality identified as strategic ‘contiguous’ growth area for Virgin Group**

- Consumer permission to enter
- Brand penetration into geographic sweet spot of the brand
- Natural extension to existing travel and lifestyle footprint
- Ability to monetize existing sales and distribution platforms
- Competitive advantage - e.g. seamless ‘Virgin’ experiences

**Hotels and Cruises identified as ‘Billion Dollar’ opportunities for the Brand**

- Incremental Growth in geographic brand sweet spot (US, UK, Australia)

Hotels




Cruise

# Virgin Incubation Process – Virgin Hotels Case

- All major "strategic" Virgin businesses have been conceived, launched and incubated within Virgin Group off an in-house product development and centralised services platform
- Process allows for Virgin to ensure that:
  - Brand's full potential is realised and knowledge sharing is maximised
  - Business "lives and breathes" Virgin values
  - Start-up costs are kept low by provision of centralised services
  - Business receives active oversight and input from Virgin Group
- Virgin Hotels is the most recent business to be launched through this process

CONFIDENTIAL

Alternative layout

# Virgin Incubation Process – Virgin Hotels Case

- All major "strategic" Virgin businesses have been conceived, launched and incubated within Virgin Group off an in-house product development and centralised services platform
- Process allows for Virgin to ensure that:
  - Brand's full potential is realised and knowledge sharing is maximised
  - Business "lives and breathes" Virgin values
  - Start-up costs are kept low by provision of centralised services
  - Business receives active oversight and input from Virgin Group
- Virgin Hotels is the most recent business to be launched through this process

Market Opportunity → Management Team → Business Plan → Capital Partners → Launch → Growth

# Virgin Incubation Process – Virgin Hotels Case

1. Market Opportunity
2. Management Team
3. Business Plan
4. Capital Partners
5. Launch
6. Growth

**1**

- Evaluated market segment and need for brand
- Qualitative, quantitative research, industry executive interviews
- Vision for Virgin Brand in hospitality identified. Market gap targeted
- "Go/No Go" based on ability to impact industry and create significant scale

**2**

- Sourced credible, experienced management team
- Relevant industry expertise with shared vision and Virgin mindset
- Incentives structured appropriately

**3**

- Detailed operating plan developed with comprehensive investment analysis
- Business plan and differentiated product concept developed
- Significant input and support from Virgin Group product development and investment teams
  - Virgin America customer experience designer brought in-house to develop concept and broad product parameters
  - Brand strategy, positioning and target market identified
  - Workshops/brainstorms with wider Virgin Group resources (Atlantic, Mobile, America, Limited Edition)

**4**

- Prospective capital partners identified
- Focus on like-minded partners with capability to support business strategically and financially
- Virgin acts as deal sponsor

CONFIDENTIAL

# Virgin Incubation Process – Virgin Hotels Case

1. Market Opportunity
2. Management Team
3. Business Plan
4. Capital Partners
5. Launch
6. Growth

**5**

- Board established with relevant expertise and appropriate governance structures
- Recruitment of best talent on competitive terms with targeted incentive programs
- Active support from Virgin Group to support launch
  - PR and launch strategy developed
  - Richard Branson "press" day organized together with launch event
- Access to Virgin Group centralized services platform
  - IT and office space at Virgin Group, Legal and finance
  - Brand, marketing and PR support
  - Product development input (experience design)
  - Centralized procurement (e.g. centralized insurance, benefits programs)
  - Centralized 'people' programs (Virgin Tribe, ROGER)
- Continued Board and Brand oversight

**6**

- Centralized services provided as required
- Business plugs into 'thought leadership' programs
  - Necker gathering, CEO roundtables
  - Forums: Marketing, Customer Service, People, Legal
- Access to centralized platforms and relationships (e.g. Virgin customer and brand research, vendor relationships, employee programs)
- Seamless product experiences realized
- Richard Branson available for promotional activity
- Continued Board and Brand oversight

CONFIDENTIAL

# Importance of Virgin Cruises' Success to the Virgin Group

1970 → 2012

## Founding the Brand

- Own money
- Opportunistic investment approach; trial and error
- Building of business assets (customer lists, cash reserves, distribution channels, etc.)

## Building the Brand

- Growing awareness in high profile products and services
- Charisma of brand (Branson persona)
- One business supports/funds another - Scarce resource is capital
- Investment into, and success of, businesses creates potential value in the brand itself, beyond the then current businesses
- Formalization of brand positioning and brand values – "the consumer champion"
- Understanding of how best to apply brand emerges. Recognition that purely licensing the brand not an attractive model
- Know-how in starting and supporting businesses develops

## Investing the Brand

- Key competence becomes know-how and resources to start and support new businesses in related fields
- Strength of brand attracts investors to new businesses
- Capital no longer a scarce resource and no longer Virgin's key contribution
- Virgin's future focused on leveraging the brand into new businesses using capital from strong investor partners
- **The brand must be protected and supported. Not just for one business, but for the whole group. Failure not permitted.**

CONFIDENTIAL

# Incubation Process for Virgin Cruises

- Incubation process ensures that Virgin Cruises will have access to a fully staffed team covering a range of disciplines
- Virgin Group resources available for incubation services as required

CONFIDENTIAL

# C. Ship Design Concept

ALLEN & COMPANY LLC

CONFIDENTIAL

# Ship Design Concept — The Experience

- Premium product in the mass market space
- Appeal to a younger affluent audience - core target is couples, 30-40 years old, household income ~ $100,000
- Secondary targets:
  - Older "young at heart", appreciative of quality - suites customers - exclusive area
  - Young aspiring singles, and friends (as well as young couples on a budget) - singles staterooms, exclusive singles area, and programs
- Individual experience on a large ship - the Virgin touch
- Deconstruction of the dining program
- Multiple high-grade entertainment offerings, including live music as a core activity
- "Wired" experience in all areas
- Unique architecture, multiple small intimate areas, and some spectacular features
- Cruising, your way

CONFIDENTIAL

# Ship Design Concept — Visuals

- [SLIDES TO COME – PAGES HAVE BEEN INTENTIONALLY LEFT OUT DUE TO FILE SIZE RESTRICTIONS]

ALLEN & COMPANY LLC

31

CONFIDENTIAL

# D. Financial Overview

ALLEN & COMPANY LLC

CONFIDENTIAL

# Financial Analysis – Key Assumptions (Base Case)

| Key Ship and Financing Assumptions | |
|---|---|
| Size (gross tons): | 172,000 |
| Capacity (lower berths): | 4,649 |
| Contract Price (per GT): | €4,535 |
| Allowance for Change Orders: | 5.0% |
| Exchange Rate (USD/EUR): | 1.35 |
| Delivery Dates | |
| Ship 1: | Oct-2015 |
| Ship 2: | May-2017 |
| Non-Revenue Days in Service: | 10 days |
| Out of Service Days Every 5 Years: | 14 days |
| Ship Depreciation/Residual Value: | 30 years/15% |
| Debt Financing: | 80.0% |
| Interest Rate on Debt: | 5.0% |

| Key Operating Assumptions | |
|---|---|
| Initial NTR vs. Industry: | 20.0% |
| | Net Ticket Revenue: $150 |
| Initial OBR vs. Industry: | 20.0% |
| | On-Board Revenue: $54 |
| Revenue CAGR 2010-37E: | 1.3% NTR/OBR |
| Fuel Cost / Capacity Day: | $20 |
| Fuel Cost Growth: | 5.0% |
| Other Opex / Capacity Day: | $66 |
| SG&A / Capacity Day: | $30 |
| Start-Up Costs: | $116m[1] |
| Minimum Cash (WC): | $50m[2] |
| Restricted Cash: | Next One Payment (Principal + Interest) |

Notes:
[1] Cumulative start-up costs 2010-15
[2] From 2014 onwards ($10m required before 2014)

CONFIDENTIAL

# Virgin Cruises – Economics Per Ship (Base Case)

| ($m) | FY 2018 | Comments |
|---|---|---|
| Total Ship Cost | 1,173 | (€4,535/gross ton + 5.0% contingency) |
| | | |
| No. of passengers (lower berths) | 4,649 | |
| Capacity days | 1,696,757 | (365 days) |
| Load Factor | 107% | |
| | | |
| Net Ticket Revenues | 319 | |
| Onboard Revenues | 115 | |
| Royalties | (12) | (2.75% royalty rate) |
| Net Revenues | 422 | |
| | | |
| Payroll | 35 | |
| Food & Beverage | 24 | |
| Fuel | 50 | |
| Other Opex | 61 | |
| Operating Costs | 170 | |
| | | |
| Ship Gross Margin | 252 | 21.5% |
| *margin %* | *59.7%* | |
| SG&A | 59 | |
| EBITDA | 193 | 16.5% |
| *margin %* | *45.8%* | |

Yearly return on total ship cost

CONFIDENTIAL

# Income Statement (Base Case)

| Income Statement ($m) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Net Revenue | - | (1) | (1) | (1) | 83 | 399 | 659 | 836 | 857 | 864 | 896 | 896 | 932 |
| Total Operating Costs | - | - | - | - | 45 | 164 | 283 | 340 | 347 | 349 | 362 | 363 | 378 |
| **Ship Operating Gross Margin** | - | (1) | (1) | (1) | 38 | 235 | 375 | 496 | 510 | 515 | 534 | 533 | 554 |
| Total SG&A | - | 3 | 15 | 32 | 53 | 57 | 94 | 117 | 120 | 124 | 125 | 129 | 130 |
| **EBITDA** | **-** | **(4)** | **(15)** | **(32)** | **(15)** | **178** | **281** | **379** | **390** | **391** | **409** | **405** | **424** |
| *growth (%)* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *58.1%* | *34.7%* | *3.0%* | *0.2%* | *4.6%* | *(1.1%)* | *4.8%* |
| *margin (%)* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *44.6%* | *42.7%* | *45.3%* | *45.5%* | *45.3%* | *45.7%* | *45.1%* | *45.5%* |
| Depreciation and Amortization | - | 0 | 1 | 2 | 9 | 35 | 57 | 69 | 69 | 70 | 72 | 73 | 74 |
| Amortization of Delivery Financing Fees | - | - | - | - | - | 3 | 5 | 6 | 6 | 6 | 6 | 6 | 6 |
| **EBIT** | **-** | **(4)** | **(16)** | **(34)** | **(24)** | **140** | **220** | **304** | **315** | **315** | **331** | **325** | **343** |
| *growth (%)* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *57.5%* | *38.2%* | *3.7%* | *(0.1%)* | *5.3%* | *(1.8%)* | *5.5%* |
| *margin (%)* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *35.0%* | *33.4%* | *36.4%* | *36.8%* | *36.4%* | *37.0%* | *36.3%* | *36.9%* |
| Interest Payable | - | - | - | - | - | 46 | 66 | 82 | 74 | 66 | 59 | 51 | 43 |
| Equity Raising Fees | 0 | 5 | 3 | 5 | 7 | - | 1 | - | - | - | - | - | - |
| **Net Income** | **(0)** | **(9)** | **(19)** | **(39)** | **(31)** | **94** | **154** | **222** | **241** | **248** | **273** | **275** | **300** |
| *growth (%)* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *64.3%* | *44.1%* | *8.6%* | *3.1%* | *9.8%* | *0.7%* | *9.4%* |
| *margin (%)* | *n/m* | *n/m* | *n/m* | *n/m* | *n/m* | *23.5%* | *23.4%* | *26.5%* | *28.1%* | *28.7%* | *30.4%* | *30.6%* | *32.2%* |

CONFIDENTIAL

# Balance Sheet (Base Case)

| Balance Sheet ($m) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 10 | 10 | 10 | 50 | 113 | 111 | 170 | 166 | 162 | 159 | 155 | 151 | 147 |
| Delivery Financing Fees | - | - | - | - | 38 | 34 | 67 | 61 | 55 | 48 | 42 | 36 | 30 |
| Contingent Cash (Undrawn Irrev. Comm.) | 640 | 522 | 441 | 319 | 143 | 143 | 130 | - | - | - | - | - | - |
| Net PP&E (Ships) | - | 113 | 184 | 257 | 1,298 | 1,326 | 2,273 | 2,206 | 2,140 | 2,084 | 2,015 | 1,956 | 1,884 |
| **Total Assets** | **650** | **645** | **635** | **627** | **1,592** | **1,614** | **2,641** | **2,434** | **2,357** | **2,291** | **2,211** | **2,143** | **2,060** |
| | | | | | | | | | | | | | |
| Long-Term Debt | - | - | - | - | 939 | 860 | 1,682 | 1,525 | 1,369 | 1,212 | 1,056 | 899 | 743 |
| Advanced Ticket Revenue | - | 4 | 13 | 43 | 101 | 135 | 186 | 191 | 195 | 200 | 203 | 207 | 211 |
| **Total Liabilities** | **-** | **4** | **13** | **43** | **1,040** | **995** | **1,867** | **1,716** | **1,564** | **1,412** | **1,259** | **1,107** | **954** |
| Paid in Capital | 10 | 128 | 209 | 331 | 507 | 507 | 520 | 520 | 520 | 520 | 520 | 520 | 520 |
| Undrawn Irrevocable Commitments | 640 | 522 | 441 | 319 | 143 | 143 | 130 | - | - | - | - | - | - |
| Retained Earnings/(Losses) | (0) | (9) | (28) | (67) | (98) | (31) | 123 | 198 | 273 | 359 | 433 | 516 | 586 |
| **Total Equity** | **650** | **641** | **622** | **583** | **552** | **619** | **773** | **718** | **793** | **879** | **952** | **1,036** | **1,106** |
| **Total Liabilities & Equity** | **650** | **645** | **635** | **627** | **1,592** | **1,614** | **2,641** | **2,434** | **2,357** | **2,291** | **2,211** | **2,143** | **2,060** |

CONFIDENTIAL

# Basic Cash Position & Leverage Stats (Base Case)

| Basic Cash Position ($m) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debt Service Reserve Account | - | - | - | - | 63 | 61 | 120 | 116 | 112 | 109 | 105 | 101 | 97 |
| Target Working Capital Cash | 10 | 10 | 10 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 |
| Target Minimum Cash - Total | 10 | 10 | 10 | 50 | 113 | 111 | 170 | 166 | 162 | 159 | 155 | 151 | 147 |
| | | | | | | | | | | | | | |
| Cash BoP | - | 10 | 10 | 10 | 50 | 113 | 111 | 170 | 166 | 162 | 159 | 155 | 151 |
| Delivery Financing | - | - | - | - | 939 | - | 939 | - | - | - | - | - | - |
| Delivery Financing Fees | - | - | - | - | (38) | - | (38) | - | - | - | - | - | - |
| EBITDA | - | (4) | (15) | (32) | (15) | 178 | 281 | 379 | 390 | 391 | 409 | 405 | 424 |
| Net Ship Capex | - | (3) | (17) | (20) | 13 | (8) | 4 | (2) | (2) | (2) | (2) | (2) | (2) |
| Dry Docking Capex | - | - | - | - | - | - | - | - | - | (13) | - | (13) | - |
| Change in Advance Ticket Revenue | - | 4 | 9 | 31 | 58 | 33 | 51 | 5 | 5 | 4 | 3 | 4 | 4 |
| Progress Payments Out / Installments | - | (111) | (55) | (55) | (1,063) | (55) | (1,007) | - | - | - | - | - | - |
| Equity Raising Fees | (0) | (5) | (3) | (5) | (7) | - | (1) | - | - | - | - | - | - |
| Interest Payments | - | - | - | - | - | (46) | (66) | (82) | (74) | (66) | (59) | (51) | (43) |
| Principal Repayments | - | - | - | - | - | (78) | (117) | (156) | (156) | (156) | (156) | (156) | (156) |
| Net Cash Position Before Equity | (0) | (107) | (72) | (71) | (63) | 137 | 157 | 313 | 328 | 321 | 354 | 341 | 377 |
| Equity/other capital In/(Out) | 10 | 117 | 82 | 121 | 176 | (26) | 13 | (147) | (166) | (162) | (199) | (191) | (231) |
| Cash Position EoP | 10 | 10 | 10 | 50 | 113 | 111 | 170 | 166 | 162 | 159 | 155 | 151 | 147 |

| Leverage Stats ($m) | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EBITDA | - | (4) | (15) | (32) | (15) | 178 | 281 | 379 | 390 | 391 | 409 | 405 | 424 |
| Cash | 10 | 10 | 10 | 50 | 113 | 111 | 170 | 166 | 162 | 159 | 155 | 151 | 147 |
| Debt | - | - | - | - | 939 | 860 | 1,682 | 1,525 | 1,369 | 1,212 | 1,056 | 899 | 743 |
| Net Debt/(Cash) | (10) | (10) | (10) | (50) | 826 | 750 | 1,511 | 1,359 | 1,206 | 1,054 | 901 | 749 | 596 |
| Net Debt/EBITDA | - | - | - | - | - | 4.2x | 5.4x | 3.6x | 3.1x | 2.7x | 2.2x | 1.9x | 1.4x |
| EBITDA/Interest Cover | - | - | - | - | - | 3.9x | 4.3x | 4.6x | 5.3x | 5.9x | 7.0x | 8.0x | 9.9x |
| DSCR - Debt Service Coverage Ratio | - | - | - | - | - | 1.4x | 1.5x | 1.6x | 1.7x | 1.8x | 1.9x | 2.0x | 2.1x |
| Free Cash Flow/Principal Cover | - | - | - | - | - | 1.7x | 1.8x | 1.9x | 2.0x | 2.1x | 2.2x | 2.3x | 2.4x |

CONFIDENTIAL

# Equity Needs [TBU]

| | |
|---|---|
| ➢ Installment Payments on Ship Building Contracts | $435 million * |
| ➢ Start-Up Capital not covered by financing | $28 million |
| ➢ Start-Up Expenses | $90 million |
| ➢ Contingency | $12 million |
| ➢ Advance Ticket Sales | ($185 million) |
| ➢ Minimum Cash | $50 million |
| ➢ Reserve Debt Service Account | $120 million |
| ➢ Liquidity Cushion/Contingency | $100 million |
| ➢ **Total Equity Commitment** | **$650 million** |

* Assumes hedging at equivalent rate of 1.31 all-in

CONFIDENTIAL

# Financing Structure – Highlights

- $650 million equity, plus export credit backed debt financing for the 80% delivery installment
- Anchor equity investor(s) drawn from a universe of:
  - Sovereign Wealth Funds
  - Very Large Pension Funds
  - Family Offices
- Expected commitment of anchor investor(s): $200-300 million. More than purely financial interest - strategically engaged investor(s) with patient money and further reserves to support the business later if needed
- Equity will be irrevocably committed, with forfeiture of prior investment if capital calls are not met
- Acceptable final investor structure will, of course, be a condition precedent to the debt commitment

CONFIDENTIAL

# Financing Considerations – Currency

- Ship building contract is in Euro
- Equity raising is in US Dollars
- Revenue will be a mix of USD and Sterling, with only lesser amounts of Euro
- Currency exposure, USD/Sterling, is manageable within our operating and administrative structure
- Euro exposure on the asset:
  - Hedge the pre-delivery installment payments and arrange the delivery financing in USD, with spot rate at delivery determining

CONFIDENTIAL

# E. Traditional Barriers to Entry

ALLEN & COMPANY LLC

CONFIDENTIAL

# Barriers to Entry: The Traditional View

Conventional wisdom holds that the legacy players have erected high barriers to entry:

## The "Barriers"

1. **Brand:** A new entrant must have an established consumer brand or else spend a fortune creating one
2. **Customers:** A new entrant must go through the pains of having no customers at first and gradually build a loyal customer base in order to fill successive ships
3. **Distribution:** A new entrant must have the support of travel agents in order to fill the ships
4. **Scale:** A new entrant must build a fleet of six or eight ships over time in order to achieve scale for operations, marketing, and brand support
5. **Capital:** A new entrant must have access to deep wells of capital in order to finance a long building program
6. **Shipyard Slots:** A new entrant must gain access to scarce shipyard building slots in the face of competition from established cruise operators

## The "Evidence"

- The two high-profile new entrants in big ship cruising since 1990 - Disney and MSC - prove the rule: one had a great existing brand, the other "wrote the check"

CONFIDENTIAL

# Barriers to Entry: Virgin Cruises Overcomes Them

1. **Brand:** The iconic, global Virgin Brand is a stronger consumer brand with a wider reach and a stronger affinity towards leisure and entertainment than any of the existing cruise brands, except Disney

2. **Customers:** Virgin interacts with 60+ million customers a year. Additionally, the tens of millions of people who have cruised already will be a rich source of demand for our new product

3. **Distribution:** Travel agents are already highly familiar with the Virgin brand and doing business with Virgin. Virgin is itself a leading packagers and retailer of holidays and a major cruise seller. Travel agents will support a new entrant. It is in their interest to have more competition. Also, increasingly, consumers are buying direct.

4. **Scale:** These two Ultra Ships will be the second largest design of passenger ship ever built. They will carry over half a million passengers a year between them, and the scale of this fleet will already ensure economic operations, purchasing, etc.

5. **Capital:** Virgin is experienced and highly successful in attracting quality equity partners with deep pockets

6. **Shipyard Slots:** The yards have slots and the competitors do not have appetite or resources to block them all

CONFIDENTIAL

# Brand Impact: Disney Cruise Line Case Study

Disney
Cruise Line

## Background

**Founded:** 1995
**President:** Karl Holz
**Headquarters:** Celebration, Florida
**Flag State:** Bahamas

- Since its launch in 1998, Disney Cruise Line has established itself as a leader in the cruise industry focused on cruise experience created for families
  - Target public consists of families (55-60%), seniors and newlyweds
  - In February 1997 tickets for "Disney Magic's" maiden voyage were sold out more than one year in advance
  - With more than 80%, 2012 advanced bookings for all three ships were quite strong in 2011. Disney Dream itself is 89% booked for 2012
- Shipboard entertainment leans heavily on popular Disney themes and characters
  - An extension of the experience had at Disney's theme parks
  - Also offers cruises in combination with a stay at a Disney Resort
  - Operates Castaway Cay, Disney's island and private port-of-call paradise, for its Bahamian and Caribbean cruises
- Recent Awards:
  - #1 in the Large-Ship Cruise Line for Families category in Travel + Leisure magazine's "World's Best Awards 2011
  - #1 cruise experience at the Annual Readers' Choice Awards for Condé Nast Traveler magazine
- In 2012, Disney started to offer cruises from regional homeports to increase convenience for guests
- Return on invested capital for the first 2 ships has been double digits and mid-teen returns are expected for the 2 new ships
- Shipyard Meyer Werft was contracted to build both the Disney Dream (2011) and Disney Fantasy (2012)

## Success to Date

| Ship | Lower Berths | Gross Tons | Entered Service | Home Port |
|---|---|---|---|---|
| Disney Magic | 2,400 | 83,000 | 1998 | Port Canaveral |
| Disney Wonder | 2,400 | 83,000 | 1999 | Los Angeles |
| Disney Dream | 4,000 | 128,000 | 2011 | Port Canaveral |
| Disney Fantasy | 4,000 | 128,000 | 2012 | Port Canaveral |

CONFIDENTIAL

# F. Industry Overview / Sector Update

ALLEN & COMPANY LLC

CONFIDENTIAL

# The Cruise Industry is Attractive

- The cruise industry has evolved dramatically over the past 30 years, from primarily a mode of transoceanic transportation to an "alternative vacation" on the seas
- Despite N. American passengers growing at a 7% CAGR since 1980, cruise penetration remains low with less then 4% penetration in N. America and 1-2% penetration in Europe[1]
- Overall, the cruise industry is now better positioned to compete with land-based vacation alternatives than it has ever been
  - The excitement of the newer, feature-rich, and technologically advanced ships continues to drive increased awareness and trial of cruises
  - Cruises offer a tremendous value proposition compared to other land-based vacations. Prices include meals, drinks, entertainment, and transportation to multiple ports of call and service levels are significantly higher than other vacations
  - Cruise vacationers report extremely high levels of satisfaction. Repeat levels are high.
- The industry structure is concentrated and barriers to entry have traditionally been high. Growth and innovation have been slow. There is a very large installed legacy fleet at each of the three major incumbents
- Revenues and profitability margins for the industry have remained relatively stable during the past three years of recession

[1] Cruise pax per year, per CLIA and European Cruise Council.

CONFIDENTIAL

# Cruising has Become a Mainstream Vacation

Source: 2009 CLIA, European Cruise Council, Company Analysis.

ALLEN & COMPANY LLC

CONFIDENTIAL

# Passengers Mainly from N. America and W. Europe

RoW
E. Europe
Other W. Europe
France
Spain
Italy
Germany
UK
Canada
USA

Source: 2009 CLIA, European Cruise Council, Company Analysis.

CONFIDENTIAL

# Caribbean & Med Itineraries Dominate Demand

Other
W. Mexico
Alaska
N.Europe/Baltic
Mediterranean
Caribbean

Source: 2009 CLIA, European Cruise Council, Company Analysis

ALLEN & COMPANY LLC

49

CONFIDENTIAL

# The Installed Legacy Fleet is an Impediment to Innovation

- The average age of the big Four's (largely legacy) fleet is approaching 10 years, and will be 14 years by the time the 1st of the 2 Virgin Ultra Ships is delivered in 2016
  - Several ships are approaching 20 years with some ships as old as 24, 26 and 28 years
- The average ship size in the legacy fleets is < 2.3k berths vs. 4-5k+ for an "Ultra Ship"

| Brand Fleet (start 2012) | # ships | # berths | Average Size (#berths) | Average Age (Years) |
|---|---|---|---|---|
| RCCL | | | | |
| Royal Caribbean International | 22 | 62,000 | 2,818 | 9.8 |
| Celebrity Cruises | 9 | 21,500 | 2,389 | 7.0 |
| CARNIVAL CORP. | | | | |
| Carnival | 23 | 58,170 | 2,529 | 10.8 |
| Princess Cruises | 16 | 36,878 | 2,305 | 9.6 |
| Holland America Line | 15 | 23,484 | 1,566 | 11.1 |
| Costa | 16 | 33,698 | 2,106 | 12.2 |
| AIDA | 8 | 14,210 | 1,776 | 5.2 |
| P&O Cruises | 7 | 14,584 | 2,083 | 8.1 |
| NCL Norwegian Cruise Line | 11 | 26,352 | 2,396 | 7.8 |
| MSC Cruises | 11 | 23,911 | 2,174 | 6.5 |
| **Aggregate Fleet Total** | **138** | **314,787** | **2,281** | **9.5** |

Source: 2011 Company filings with SEC; Cruise Industry News; Cruise Lines International Association (CLIA).

CONFIDENTIAL

# These Will be the 2nd Largest Passenger Ships Ever Built

GROSS TONNES
225,000
202,500
180,000
157,500
135,000
112,500
90,000
67,500
45,000
22,500
0
RCI Oasis & Allure
"Ultra Ships"
Virgin 1 & 2
NCL EPIC
RCI & NCL New orders
Feature-rich Post-Panamax Ships & Supersized Conventional Ships
Conventional Panamax/ Max-Panamax Ships
1980
1985
1990
1995
2000
2005
2010
2015
2020
YEAR OF DELIVERY

Source: Company annual reports; Cruise Industry News; Meyer Werft.

ALLEN & COMPANY LLC

51

CONFIDENTIAL

# G. Management Team

ALLEN & COMPANY LLC

CONFIDENTIAL

# Virgin Cruises Structure (two-ship operation)

Supervisory Board

COO
CEO
CFO

Executive Committee

Newbuild Team
Design & Architecture
Yard Based Project Management

Ship Operations Team
Hotel & Entertainment
Onboard Revenue
Marine, Port, & Technical
Fleet Personnel

Sales & Marketing Team
North America
UK
Europe
GSA's

Revenue and Yield Management Team
North America
UK

Head Office Team
Finance
HR
Legal
Compliance

Headcount by 2018 after second ship launched

| | | | | | | |
|---|---|---|---|---|---|---|
| C - level | | | | | 3 | 3 |
| EVP/SVP | 1 | 1 | 2 | 1 | 0 | 5 |
| VP | 4 | 4 | 2 | 3 | 5 | 18 |
| DIRECTOR | 5 | 11 | 15 | 15 | 7 | 53 |
| MANAGER | 6 | 12 | 41 | 22 | 19 | 100 |
| CLERICAL | 14 | 32 | 32 | 143 | 46 | 267 |
| TOTAL | 30 | 60 | 92 | 184 | 80 | 446 |

CONFIDENTIAL

# Building the Management Team

- Highest quality management will be readily accessible after, not before, the fund raising
- Attractive equity incentive for key executives
- Transfer-in of resources from Virgin, particularly in marketing & sales, design, entertainment, business planning, and administrative services
- Senior Virgin design resource on team - ex Virgin Atlantic Director of Product and Services
- Key positions - CFO, COO, and SVP Hotel - we have experienced individuals interested in joining, but not in being exposed in advance of the fund raising
- Key executives in new-build design, in technical design, and in shipboard personnel recruitment and management are already on board
- Additional resources for new-build team are targeted
- Other key positions we will target early: CIO, HR, Port Operations, Entertainment, PR
- Phasing-in of other key positions as we progress: marketing & sales, pricing, yield & inventory management, reservations

CONFIDENTIAL

# Principal Executive: Colin Veitch

## 17 Years of Industry leadership experience

*Colin Veitch has served 9 years as President & CEO of Norwegian Cruise Line (2000 - 2008). Prior to that he worked 8 years as SVP of Corporate Finance & Marketing at P&O/Princess Cruises, and turnaround CEO at P&O Cruises Australia*

## Extensive design/build experience

*Mr. Veitch has overseen the design and construction for 9 cruise ships with a combined cost of $4.25bn, including the "Ultra Ship" Norwegian Epic. This major construction program was instituted to replace and update the NCL legacy fleet. By 2008, NCL featured the youngest, most contemporary fleet in the industry, with no legacy fleet to compromise product design or constrain operations, crowning this new fleet with the "Ultra Ship" Norwegian Epic. This ship, designed between 2005 & 2007 and delivered in 2010, has been acknowledged as a revolutionary step forward in cruise ship design, more akin to a Las Vegas resort hotel than a traditional cruise ship*

## Industry innovator

*Colin introduced "Freestyle Cruising" as an operating and marketing concept, and into the design of new vessels. Freestyle Cruising deconstructs the formality & structure of the traditional cruise product, and broadens the range of choices/experiences available on board in order to reach a new, younger audience.*

*Freestyle Cruising has become the model for modern cruise product, and today all new ships built by every major brand have incorporated significant elements of Freestyle Cruising.*

## Further background

*Colin is 55 years old and a graduate of University College London (B.Sc. First Class Honours) and Harvard University (MBA). His work experience prior to the cruise industry encompassed commercial real estate, management consulting and commercial banking*

CONFIDENTIAL

# H. Project Timeline

ALLEN & COMPANY LLC

CONFIDENTIAL

# Project Timeline – Q1.2012

## Ship Design

- January - Letter of Intent with Meyer Werft
- January/May - Continued refinement of GA and specification, plus technical meetings with U.S. CG and others on LNG
- March - Engagement of designers for specific areas (for work in Q2 and beyond)
- April/May - signing of building contract, with contract GA and contract specification
- May/June - contract becomes effective

## Financing

- Late January - presentation to ministries re: export credit
- February/March - presentations to potential investors
- February/March - discussions with KfW on term sheet
- March/April - Due Diligence - investor due diligence and further meetings
- February/March - Application for export credit cover
- April/May - closing and first drawdown (to meet first installment on building contract as well as start-up expenses)

CONFIDENTIAL

# Project Timeline – Q1.2012 (Cont'd.)

## Corporate and Administrative Structure

- February - formation of venture entities
- February - Finalization of Agreements with Virgin
- February/March - checking of tax structure and investment structure
- February/April- development with Virgin of incubator facilities and support for start-up phase after funding

## Organization

- End January - consulting role for future Hotel Ops executive
- End January - top Virgin design executive to join team
- January/February - confidential discussions with CFO and COO candidates
- February/March - scanning of Virgin organization for candidates
- March - Employment contracts (to become effective upon funding) for CEO, SVP Technical, SVP Hotel Ops, and VP newbuild