# Exhibit G

CONFIDENTIAL

DRAFT



NEW VERSION OF
SHIP RENDERING
TO COME

# Virgin Cruises

## Cruising for the 21st Century – Opportunity to Make "Ultra" Returns

*February 2012*



CONFIDENTIAL

# Investment Highlights

**Unique opportunity to deploy significant capital into asset-backed venture leveraging government-sponsored debt package, world class management and a powerful consumer brand**



Exclusive rights to Virgin brand

$30bn profitable industry with strong growth & low penetration

30%+ gross equity returns

Breaching of traditionally high barriers to entry

NEW VERSION OF SHIP RENDERING TO COME

$550-650m staged equity investment over 5 years

80% debt financing (state-backed, credit-enhanced)

Tangible assets & realizable liquidity

Managed by 17-year industry veteran



CONFIDENTIAL

# Virgin Group and the Virgin Brand [TBU]

**The venture will have exclusive access to Virgin – one of the world's most powerful consumer brands with strong awareness in key cruise markets**










➢ Founded in 1970 by Sir Richard Branson

➢ One of the world's most recognized and respected brands

➢ Brand focus on customer service, value for money, fun and upscale/approachable

➢ Has grown very successful businesses in air, leisure, travel, transportation, mobile telephony, financial services, media, music and fitness

➢ Global branded revenues exceed $21bn

➢ Strong global awareness in key cruise markets: UK (100%), US (90%), Australia (96%)

➢ 60+ million customers – all loyal, engaged and eager for new Virgin product

➢ One of the world's most innovative companies (Bloomberg Businessweek)



CONFIDENTIAL

# The Power of the Brand

➤ A powerful brand that drives tangible value to our businesses and partners

US investor Wilbur Ross reveals why he stumped up more than £250m to help Virgin Money buy Northern Rock. **Richard Blackden** reports

here is a good chance you have hit the rocks if Wilbur Ross comes calling. The 73 year old has made his multi-billion dollar fortune because he is prepared to buy things that few others will. Sometimes it is companies. Sometimes it is entire industries. He netted a fortune when he sold International Steel Group, a US steel producer welded together from two bankrupt companies, to Indian tycoon Lakshmi Mittal for $4.5bn (£2.8bn) in 2004.

Ross is one of the biggest players in the world of distressed investing, or "vulture investing" as it is also known. If it is battered and failing, it may twinkle enough to catch the eye of Ross and his team of more than 50 who work out of the firm's office in midtown Manhattan.

*We got to understand just how powerful the Virgin name is*

⬥WILBUR ROSS
CV

Age 73
**Born** New Jersey
**Education** Yale University
**Career** Rothschild, then his own firm, WL Ross & Co

**Sunday Telegraph, November 20, 2011**



3

# Customer Target: "Experience Seekers"

➢ The Virgin brand attracts a valuable audience of high income, well educated, metropolitan "experience seekers"



| | | | | | |
|---|---|---|---|---|---|
| **V** Valuable | Well educated | Pay for quality | High income earners | Urbanites | Savvy shoppers |
| **I** I-tech | Always on | Info seekers | Thrive on tech | Latest & greatest | Value convenience |
| **P** Passionate | Creative | Brand ambassadors | Seek new experiences | Frequent travelers | Crazy about fashion |
| **S** Social | Social shoppers | Love meeting new people | Facebookers | Team players | WOM |

Virgin Cruises

CONFIDENTIAL

# The Virgin Formula

➢ Map customer journey - design around pain points to consistently surprise & delight the customer
➢ Virgin levers: service, voice, technology and design

**Service**
Hire for attitude, train for success

**Voice**
Leverage our irreverent capability

**Technology**
Personalization and control

**Design**
Transformative experiential design

CONFIDENTIAL

# Incubation Process for Virgin Cruises [TBU]

➢ Incubation process ensures that Virgin Cruises will have access to a fully staffed team covering a range of disciplines

➢ Virgin Group resources available for incubation services as required





CONFIDENTIAL

# The "Ultra Ship" Illustrated

**"Ultra Ships" offer dramatically superior economics to those of a traditional cruise ship**





CONFIDENTIAL

# "Ultra Ship" Pricing Premium [TO BE DISCUSSED]





**Example Pricing and % "Ultra Ship" Premium for 7-day Caribbean Cruise Holiday in November 2012**





**Example Pricing and % "Ultra Ship" Premium for 7-day Caribbean Cruise Holiday in November 2012**



Note: Pricing as of February 12, 2012 for cruises departing during the weekend of November 17, 2012.
(1)   Represents average of Allure of the Sea and Oasis of the Sea pricing.
(2)   Represents Norwegian Epic pricing.

CONFIDENTIAL

# Barriers to Entry: Virgin Cruises Overcomes Them

| **Brand** | ➤ Stronger consumer brand with wider reach and affinity towards leisure & entertainment than any of the existing cruise brands, except Disney |
| --- | --- |
| **Customers** | ➤ Virgin interacts with 60+ million customers a year, in addition to the tens of millions of people who have cruised already |
| **Distribution** | ➤ Travel agents already familiar with the brand and doing business with Virgin<br>➤ Also, increasingly, consumers are buying direct |
| **Scale** | ➤ 2nd largest design of passenger ship ever built and the scale of this fleet will already ensure economic operations, purchasing, etc. |
| **Capital** | ➤ Virgin is experienced and highly successful in attracting quality equity partners with deep pockets |
| **Shipyard Slots** | ➤ The yards have slots and the competitors do not have appetite or resources to block them all |



CONFIDENTIAL

# Virgin Cruises "Ultra Ships" Will Leverage the Virgin Brand to...





*Create a differentiated contemporary, relaxed, fun and hip product for the "young at heart"*

*Appeal to the largest sources of cruise passengers: North America & UK*

*Deploy where demand is strongest: Caribbean, Mediterranean & progressively Middle East*















Images of select Virgin companies: Virgin America, Virgin Atlantic, Virgin Active, Virgin Galactic, Virgin Festivals.

# The Big-Ship Brands are Tethered to the Legacy Product



MARKET OPPORTUNITY

Higher Priced

Older Clientele

P&O (UK)

Holland America

Princess

Celebrity

Royal Caribbean

TUI (GER)

Aida (GER)

NCL

"Ultra Ship" Oasis/Allure

"Ultra Ship" Epic

Younger Clientele

Costa (IT)

Carnival

MSC (IT)

Thompson (UK)

Budget Clientele

Lower Priced

Traditional, Structured, Formal, Older-oriented Product Limited Passenger Choice

Contemporary, Unstructured, Informal, Younger-oriented Product Abundance of Passenger Choice

CONFIDENTIAL

# The Virgin Cruises "Ultra Ships" Will be Different...



Aft view - daytime
**SMC Design** ©



12

CONFIDENTIAL

# The Virgin Cruises "Ultra Ships" Will be Different...

RENDERING
INTENTIONALLY
LEFT OUT DUE
TO FILE SIZE



CONFIDENTIAL

# The Virgin Cruises "Ultra Ships" Will be Different...

RENDERING
INTENTIONALLY
LEFT OUT DUE
TO FILE SIZE



CONFIDENTIAL

# The Virgin Cruises "Ultra Ships" Will be Different...

RENDERING
INTENTIONALLY
LEFT OUT DUE
TO FILE SIZE



CONFIDENTIAL

# The Virgin Cruises "Ultra Ships" Will be Different…

Traditional Cabin



[TBD]

Virgin Cruises Standard Cabin





CONFIDENTIAL

# New Standards for Safety and Sustainability [TBU]

➢ Major technical innovation is the potential for LNG as the main fuel. The GA currently reflects a highly efficient layout for LNG storage and propulsion. Discussions under way with regulatory agencies

➢ Potential for additional LNG use in cooling of provision rooms, generation of air conditioning chilled air, and outdoor/galley cooking – all of which will increase energy efficiency and further reduce fuel consumption and GHG emissions

➢ Regardless of whether LNG can be incorporated, the Virgin Ultra Ships' environmental standards will be the highest available, with emphasis on zero discharge and reduced emissions, as well as recapture and recycling of energy and water

➢ Post-Harder, 3-compartment ship (vs. Pre-Harder, 2-compartment Costa Concordia)

➢ Cofferdam hull construction

➢ Complete redundancy in all safety systems

➢ Proven best-practice, shipboard and shoreside Safety Management System



CONFIDENTIAL

# Virgin Cruises — Economics Per Ship (Base Case)

| ($m) | FY 2018 | Comments | | |
|---|---|---|---|---|
| Total Ship Cost | 1,173 | (€4,511/gross ton + 5.0% contingency) | | |
| | | | | |
| No. of passengers (lower berths) | 4,592 | | | |
| Capacity days | 1,676,189 | (365 days) | | |
| Load Factor | 107% | | | |
| | | | | |
| Net Ticket Revenues | 315 | | | |
| Onboard Revenues | 113 | | | |
| Royalties | (12) | (2.75% royalty rate) | | |
| Net Revenues | 417 | | | |
| | | | | |
| Payroll | 35 | | | |
| Food & Beverage | 24 | | | |
| Fuel | 50 | | | |
| Other Opex | 60 | | | |
| Operating Costs | 168 | | | |
| | | | | |
| Ship Gross Margin | 249 | 21.2% | | Yearly return on total ship cost |
| *margin %* | *59.7%* | | | |
| SG&A | 58 | | | |
| EBITDA | 191 | 16.3% | | |
| *margin %* | *45.8%* | | | |



CONFIDENTIAL

# Schedule of Equity Draw-downs (Base Case)



| | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Equity Drawdowns | ($10) | ($112) | ($79) | ($174) | ($183) |
| Cumulative Drawdown | ($10) | ($122) | ($201) | ($375) | ($558) |

Legend: ■ Equity Drawdowns   ■ Cumulative Drawdown



19

CONFIDENTIAL

# Equity Returns (Base Case)





CONFIDENTIAL

# The Complete Package

**The Virgin Cruises opportunity is ripe for equity investment. Funds immediately productive in building value, where the development capital has already been spent**



