UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20989-CIV-MOORE/McALILEY

COLIN VEITCH,
VSM DEVELOPMENT, INC.,

     Plaintiffs,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED
VIRGIN CRUISES LIMITED,

     Defendants.
_____

**JOINT STATUS REPORT IN COMPLIANCE WITH MAGISTRATE
JUDGE McALILEY'S ORDER OF JUNE 18, 2015 [DKT. 60]**

Plaintiffs Colin Veitch and VSM Development, Inc. ("Plaintiffs") Defendants Virgin Management USA, Inc.*,* Virgin Group Investments Ltd., Virgin Group Holdings Limited, and Virgin Group Enterprises Limited (the "VM Defendants") and Defendants Virgin Cruises Intermediate Limited and Virgin Cruises Limited (the "VC Defendants") file the following Joint Statue Report pursuant to this Court's order of June 18, 2015. (Dkt. 60.) The Court specifically asked the parties to identify "the document requests and interrogatories that are no longer in dispute because Defendants have produced all responsive information." (*Id*. at 2.)

At present, Defendants June 2, 2015 Motion for a Protective Order seeking a two-tier protective order is ripe for resolution. (*See* Dkt. 54, 55.) Plaintiffs dispute that the use of an "Attorneys' Eyes Only" designation is appropriate in this case, while Defendants believe such a designation is warranted.

The parties' cross-motions concerning whether the Plaintiffs are required to provide a particularized statement of trade secrets and, if so, whether Plaintiffs have done so to date, (Dkt. Nos. 56, 57, and 58), remain outstanding.

Plaintiffs' initial Motion to Compel had asked the Court to compel the VM Defendants to respond to Interrogatories that "merely request the identity of individuals involved in various issues," (Dkt. 57 at 3). The VM Defendants agreed to provide names only and did so in a supplemental interrogatory response on June 22, 2015, rendering moot the issue of answering interrogatories before adequate disclosure of the alleged trade secrets.[1]

Plaintiffs' initial Motion to Compel also asked the Court to compel the VM Defendants to produce documents in response to requests unrelated to any trade secrets issue. The VM Defendants have agreed only to produce documents that were previously exchanged with Plaintiffs but are unwilling to produce documents that were internal to the VM Defendants or exchanged with third parties.

All other issues raised in those cross-motions remain disputed.

---

[1] Plaintiffs only served Requests for Production on the VC Defendants on June 3, 2015, and their responses and objections are not due until July 7, 2015. Plaintiffs have not served any interrogatories on the VC Defendants to date. As such, the VC Defendants do not currently have any discovery requests that are ripe for discussion, though the resolution of Defendants' pending motion may obviously have some prospective effect on their future discovery responses.

| | |
|---|---|
| Dated: June 25, 2015. | Respectfully submitted, |

By: s/ *Jeffrey W. Gutchess*
Jeffrey W. Gutchess (FBN 702641)
jgutchess@bilzin.com
David Massey (FBN 86129)
dmassey@bilzin.com
Daniel Tropin (FBN 100424)
dtropin@bilzin.com
Brandon Rose (FBN 99984)
brose@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., 23rd Floor
Miami, FL 33131
Telephone: (305) 350-7312
Facsimile: (305) 351-2132
eService@bilzin.com
margote@bilzin.com

*Attorneys for Plaintiffs*

By:  s/ *Janet T. Munn*
Janet T. Munn (FBN 501281)
jmunn@rascoklock.com
**RASCO KLOCK PEREZ NIETO**
2555 Ponce de Leon Avenue, Suite 600
Coral Gables, FL 33134
Telephone: (305) 476-7101
Facsimile: (305) 476-7102

*AND*

s/ *Claude M. Stern*
Claude M. Stern*
Email:  claudestern@quinnemanuel.com
Evette D. Pennypacker*
Email: evettepennypacker@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, Suite 500
Redwood Shores, CA  94065
Telephone:  650.801.5000
Telecopy:  650.801.5100

Marc Greenwald*
Email: marcgreenwald@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
50 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  212.849.7000
Telecopy:  212.849.7100

*\* Admitted Pro Hac Vice*

*Counsel for Defendants Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Limited, and Virgin Enterprises Limited.*

*AND*

s/ *Dale Cendali*
Dale Cendali*
Email:  dale.cendali@kirkland.com
Johanna Schmitt*
Email: johanna.schmitt@kirkland.com

3

Phillip Hill*
Email: phil.hill@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: 212.446.4846
Telecopy: 212.446.4900

Daniel Bond*
Email: daniel.bond@kirkland.com
Kirkland & Ellis LLP
300 N. LaSalle Street
Chicago, IL 60654
Telephone: 312.862.2000
Telecopy: 312.862.2200

*Admitted Pro Hac Vice*

*Counsel for Defendants Virgin Cruises Intermediate Limited and Virgin Cruises Limited.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2015, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing:

>Jeffrey W. Gutchess, Esq.
>Fla. Bar No.: 702641
>jgutchess@bilzin.com
>Daniel Tropin, Esq.
>Fla. Bar No.: 100424
>dtropin@bilzin.com
>Brandon Rose, Esq.
>Fla. Bar No.: 99984
>brose@bilzin.com
>**Bilzin Sumberg Baena Price & Axelrod LLP**
>1450 Brickell Avenue, 23rd Floor
>Telephone: 305.350.7312
>Facsimile: 305.351.2132
>
>*Counsel for Plaintiffs*

By: s/ Janet T. Munn
    Janet T. Munn