UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20989-CIV-MOORE/MCALILEY

COLIN VEITCH,
VSM DEVELOPMENT, INC.,

    Plaintiffs,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED
VIRGIN CRUISES LIMITED,

    DEFENDANTS.
_____/

## OMNIBUS ORDER ON DEFENDANTS' MOTIONS FOR PROTECTIVE ORDER AND PLAINTIFFS' MOTIONS TO COMPEL

Defendants filed two motions for protective order; one seeks entry of a confidentiality order containing an "attorneys' eyes only" provision, and the other asks the Court to compel Plaintiffs to provide a particularized statement of the trade secrets allegedly misappropriated and to issue a protective order preventing Plaintiffs from obtaining discovery until after they have provided this particularized statement. [DE 54, 56]. Plaintiffs filed two motions to compel, both of which ask the Court to compel Defendants to respond to Plaintiffs' First Set of Interrogatories and First Request for Production. [DE 57, 58]. The Honorable K. Michael Moore referred these Motions to me, which are fully briefed. [DE 7, 55, 59, 66, 67].

I held a hearing on the Motions on July 2, 2015, at which counsel for all parties presented argument. Having considered the record and the argument of counsel, and for the

1

reasons stated at the hearing which are incorporated into this Order, the Court **ORDERS** as follows:

1. Defendants' Motion for Protective Order [DE 54], is **DENIED**. The parties shall file a proposed confidentiality order without an "attorneys' eyes only" provision **no later than July 13, 2015**. As the parties agreed at the hearing, the confidentiality order will contain a "Highly Confidential" designation. Plaintiffs may view and consult with their counsel and experts regarding documents Defendants have designated "Highly Confidential," but Plaintiffs may not print or keep those documents.

2. Defendants' Motion to Compel and for Protective Order [DE 56] is **GRANTED IN PART**. **No later than July 20, 2015**, Plaintiffs shall serve a sworn statement which describes with reasonable particularity the ideas Plaintiffs claim they gave to Defendants, and that Defendants have wrongfully used. This shall include Plaintiffs' claimed novel business ideas and trade secrets; Plaintiffs need not designate, in this document, which of those ideas Plaintiffs claim as trade secrets.

3. Plaintiffs' Motion to Compel Virgin's Document Production and Interrogatory Responses Without Further Identification of Trade Secrets [DE 58] is **DENIED**.

4. In their Joint Status Report, the parties stated that Defendants have responded to Plaintiffs' First Set of Interrogatories. [DE 70]. Given the Court's rulings at the July 2nd hearing, Defendants Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Limited and Virgin Enterprises Limited agreed to serve documents responsive to Plaintiffs' First Set of Requests for Production **no later than July 20, 2015**. Accordingly, Plaintiffs' Motion to Compel Answers to Interrogatories and Production of

Documents [DE 57], is **DENIED AS MOOT**.

DONE and ORDERED in chambers at Miami, Florida, this 7th day of July, 2015.

*/s/ Chris McAliley*
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE


cc:   The Honorable K. Michael Moore
      Counsel of record