UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 0:15-20989-CIV-MOORE/McALILEY

**COLIN VEITCH,**
**VSM DEVELOPMENT, INC.,**

    Plaintiffs,

v.

**VIRGIN MANAGEMENET USA, INC.,**
**VIRGIN GROUP INVESTMENTS LTD.,**
**VIRGIN GROUP HOLDINGS LIMITED,**
**VIRGIN ENTERPRISES LIMITED,**
**VIRGIN CRUISES INTERMEDIATE LIMITED,**
**VIRGIN CRUISES LIMITED,**

    Defendants.
_____/

**MOTION TO WITHDRAW ATTORNEY DAVID B. MASSEY
AS COUNSEL OF RECORD FOR PLAINTIFFS**

Plaintiffs Colin Veitch and VSM Development, Inc., by and through undersigned counsel, moves this Court for the entry of an order withdrawing attorney David B. Massey as counsel of record for Colin Veitch and VSM Development, Inc., and in support thereof states as follows:

    1.    Undersigned counsel, David B. Massey, is no longer with the firm of Bilzin Sumberg Baena Price & Axelrod L L P. and is now with Hogan Lovells US, LLP.

    2.    The attorneys primarily responsible for this matter at the law firm of Bilzin Sumberg Baena Price & Axelrod L L P are Jeffrey W. Gutchess, Daniel Tropin, and Brandon

Rose, who will continue to represent the Plaintiffs in this litigation. Accordingly, there is no disruption or delay in this matter caused by the withdrawal.

WHEREFORE, David B. Massey respectfully requests that this Court grant this motion to withdraw, terminating David B. Massey of further responsibility in connection with his representation of Colin Veitch and VSM Development, Inc. in this matter, and directing the Clerk of Court to discontinue providing CM/ECF noticing to undersigned.

Respectfully submitted,

HOGAN LOVELLS US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131
Telephone: (305) 459-6500
Facsimile: (305) 459-6550

/s/David B. Massey
David B. Massey
FL Bar No.: 86129
david.massey@hoganlovells.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 7, 2015, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/David B. Massey