**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 15-20989-CIV-MOORE/McALILEY**

COLIN VEITCH,
VSM DEVELOPMENT, INC.,

      Plaintiffs,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED,
VIRGIN CRUISES LIMITED

      Defendants.

_____/

**THE VIRGIN MANAGEMENT DEFENDANTS' ANSWER**
**TO THE FIRST AMENDED COMPLAINT**

      Defendants Virgin Management USA, Inc. ("VMUSA"), Virgin Group Investments, Ltd. ("VGIL"), Virgin Group Holdings Limited ("VGHL"), and Virgin Enterprises Limited ("VEL") (collectively, the "Virgin Management Defendants"), by and through their attorneys, respond to Plaintiffs Colin Veitch and VSM Development, Inc.'s (collectively, "Plaintiffs") Amended Complaint (D.E. 26) with the following Answer.

      The Virgin Management Defendants deny each and every matter, allegation, or thing in the Amended Complaint except as may be affirmatively admitted herein. Moreover, while headings used by Plaintiffs in the Amended Complaint are contained herein for reference, to the extent that any of the heading constitute allegations of fact to which a response is required, the Virgin Management Defendants deny all the allegations contained in those headings.

## INTRODUCTION

The Amended Complaint begins with a six-page "Introduction" that does not contain any numbered paragraphs which would allow the Virgin Management Defendants to respond on a paragraph-by-paragraph basis. Nevertheless, in response to the "Introduction" in the Amended Complaint, the Virgin Management Defendants state as follows: (1) Plaintiffs purport to bring an action for misappropriation; (2) Plaintiffs refer to an alleged October 2011 video-taped message and an "expose" allegedly published by Tom Bower; (3) the Virgin Defendants deny Plaintiffs' allegations and characterizations of that alleged video-taped message and alleged "expose," and refer to the alleged video-taped message and "expose" for their contents; and (4) the Virgin Defendants otherwise deny each and every allegation set forth in this six-page "Introduction," including the footnotes therein.

## PARTIES

1.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, and therefore deny them.

2.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph, and therefore deny them.

3.    The Virgin Management Defendants admit the allegations in this paragraph.

4.    The Virgin Management Defendants state that VGIL is a company registered and existing under the laws of the British Virgin Islands with a principal place of business in Craigmuir Chambers, PO Box 71, Road Town, Tortola, British Virgin Islands. The Virgin Management Defendants deny the remaining allegations in this paragraph.

5.    The Virgin Management Defendants state that VGHL is a company registered and existing under the laws of the British Virgin Islands with a principal place of business in

Craigmuir Chambers, PO Box 71, Road Town, Tortola, British Virgin Islands.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

6.      The Virgin Management Defendants state that VEL is a company registered and existing under the laws of the United Kingdom with a principal place of business in The Battleship Building, 179 Harrow Road, London W2 6NB, United Kingdom.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

7.      The Virgin Management Defendants state that Virgin Cruises Intermediate Limited ("VCIL") is a company registered and existing under the laws of the Islands of Bermuda.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

8.      The Virgin Management Defendants state that Virgin Cruises Limited ("VCL") is a company registered and existing under the laws of the Islands of Bermuda.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

## JURISDICTION AND VENUE

9.      The Virgin Management Defendants deny the allegations in this paragraph.

10.     The Virgin Management Defendants admit that VMUSA, as a party to a Non-Disclosure Agreement between VMUSA and Colin Veitch date March 11, 2011, agreed that "any action or proceeding seeking to enforce any provision of [that] Agreement or to resolve any dispute arising out of or in connection with [that] Agreement shall be brought exclusively in a court located in either New York County, New York or Miami-Dade County, Florida."  The Virgin Management Defendants deny the remaining allegations in this paragraph.

11.     The Virgin Management Defendants admit that VMUSA, as a party to a Non-Disclosure Agreement between VMUSA and Colin Veitch date March 11, 2011, agreed that "any action or proceeding seeking to enforce any provision of [that] Agreement or to resolve any dispute arising out of or in connection with [that] Agreement shall be brought exclusively in a

court located in either New York County, New York or Miami-Dade County, Florida." The Virgin Management Defendants deny the remaining allegations in this paragraph.

### COLIN VEITCH

12.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

13.     The Virgin Management Defendants deny the allegations in the first sentence of this paragraph.  The Virgin Management Defendants lack sufficient knowledge to admit or deny the remaining allegations in this paragraph at this time, and therefore deny them.

14.     The Virgin Management Defendants deny the allegations in this paragraph.

15.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

16.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

17.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

18.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

19.     The Virgin Management Defendants deny the allegations in this paragraph.

20.     The Virgin Management Defendants deny the allegations in the first sentence of this paragraph.  The Virgin Management Defendants lack sufficient knowledge to admit or deny the remaining allegations in this paragraph, and therefore deny them.

21.     The Virgin Management Defendants deny the allegations in the second sentence of this paragraph.  The Virgin Management Defendants lack sufficient knowledge to admit or deny the remaining allegations in this paragraph at this time, and therefore deny them.

22.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 22 of the Amended Complaint and refer to the Travel Weekly article referenced therein, available at http://www.travelweekly.com/Cruise-Travel/N-Y-debut-caps-Norwegian-Epic-s-long-journey-to-completion, for its contents.

23.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 23 of the Amended Complaint and refer to the article referenced therein for its contents.

## THE "ULTRA SHIPS" BUSINESS PLAN

24.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

25.     The Virgin Management Defendants deny the allegations in this paragraph.

26.     The Virgin Management Defendants deny the allegations in this paragraph.

27.     The Virgin Management Defendants deny the allegations in this paragraph.

28.     The Virgin Management Defendants deny the allegations in this paragraph.

29.     The Virgin Management Defendants deny the allegations in this paragraph.

30.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 30 of the Amended Complaint, including the footnote referenced there, and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

**A.     Profits & Return on Investment**

31.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 31 of the Amended Complaint, including the footnote referenced there, and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

32.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 32 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

33.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 33 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

34.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 34 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

35.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 35 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

**B.      Branding & New Customers**

36.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 36 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

37.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 37 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

**C.      Breaking the Barriers to Entry**

38.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 38 of the Amended Complaint, including the footnote referenced therein, and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

6

39.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 39 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

40.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 40 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

41.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 41 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

42.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 42 of the Amended Complaint and refer to the document attached as Exhibit A to the Amended Complaint for its contents.

**ALLEN & COMPANY**

43.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

44.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

45.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

46.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

**VIRGIN GROUP**

47.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

48.     The Virgin Defendants admit that the website http://www.virgin.com/discover-virgin states: "Virgin is a leading international investment group and one of the world's most recognised and respected brands. Conceived in 1970 by Sir Richard Branson, the Virgin Group has gone on to grow successful businesses in sectors ranging from mobile telephony, travel, financial services, leisure, music, holidays and health & wellness."  The Virgin Management Defendants otherwise deny the allegations and characterizations in paragraph 48 of the Amended Complaint and refer to referenced website for its contents.

49.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 49 of the Amended Complaint and refer to the Motion to Dismiss filed on April 17, 2015 (D.E. 25) for its contents.

50.     The Virgin Management Defendants admit the allegations in this paragraph.

51.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 51 of the Amended Complaint and refer to the Financial Times Article referenced in footnote 9 for  its contents.

52.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 52 of the Amended Complaint and refer to the Guardian article referenced in footnote 10 for  its contents.

53.     The Virgin Management Defendants deny the allegations in this paragraph.

54.     The Virgin Management Defendants deny the allegations in this paragraph.

55.     The Virgin Management Defendants deny the allegations in this paragraph.

56.     The Virgin Management Defendants deny the allegations in this paragraph.

57.     The Virgin Management Defendants deny the allegations in this paragraph.

**Virgin Management – USA & Limited**

58.     The Virgin Management Defendants deny the allegations in this paragraph.

59.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 59 of the Amended Complaint and refer to the LinkedIn Page for VMUSA, https://www.linkedin.com/company/virgin-usa, for its contents.

60.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 60 of the Amended Complaint and refer to the LinkedIn Page for Mr. Jonathan Peachey, https://www.linkedin.com/in/jonpeachey, for its contents.

61.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 61 of the Amended Complaint and refer to the LinkedIn Page for Mr. Jonathan Peachey, https://www.linkedin.com/in/jonpeachey, for its contents.

62.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 62 of the Amended Complaint and refer to the alleged November 23, 2009 letter referenced therein for its contents.

63.     The Virgin Management Defendants deny the allegations in this paragraph.

64.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 64 of the Amended Complaint and refer to the LinkedIn Page for Mr. Anthony Marino, https://www.linkedin.com/pub/anthony-marino/1/332/939, for its contents.

65.     The Virgin Management Defendants deny the allegations in this paragraph.

**THE NONDISCLOSURE AGREEMENT**

66.     The Virgin Management Defendants state that before meeting Plaintiffs, representatives of the Virgin Management Defendants have explored the possibility of entering the cruise industry for many years.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

67.     The Virgin Management Defendants state that before meting Plaintiffs, representatives of the Virgin Management Defendants have explored the possibility of

purchasing used ships, building new ships, and partnering with existing cruise lines on new business ventures. The Virgin Management Defendants deny the remaining allegations in this paragraph.

68.     The Virgin Management Defendants admit that in December 2010, Mr. Veitch met with Mr. Anthony Marino. The Virgin Management Defendants deny the remaining allegations in this paragraph.

69.     The Virgin Management Defendants deny the allegations in this paragraph.

70.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 70 of the Amended Complaint and refer to the alleged February 17, 2011 letter referenced therein for its contents.

71.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 71 of the Amended Complaint and refer to the alleged email referenced therein for its contents.

72.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 72 of the Amended Complaint and refer to the alleged Non-Disclosure agreement referenced therein for its contents.

73.     The Virgin Management Defendants state that on or around March 11, 2011, Mr. Veitch met with Mr. Anthony Marino and Mr. Nirmal Saverimuttu in New York City. The Virgin Management Defendants deny the remaining allegations in this paragraph.

74.     The Virgin Management Defendants deny the allegations in this paragraph, and as the Court explained in its Order on the Virgin Management Defendants' Motion to Dismiss, (D.E. 93), as a matter of law the NDA is only binding on Mr. Veitch and VMUSA.

75.     The Virgin Management Defendants deny the allegations in this paragraph.

76.   The Virgin Management Defendants deny the allegations in this paragraph.

77.   The Virgin Management Defendants admit the allegations in this paragraph.

78.   The Virgin Management Defendants deny the allegations in this paragraph.

79.   The Virgin Management Defendants deny the allegations in this paragraph.

80.   The Virgin Management Defendants state that on or around April 2011, Mr. Veitch met with Mr. Anthony Marino and Mr. Nirmal Saverimuttu in New York City.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

81.   The Virgin Management Defendants deny the allegations in this paragraph.

82.   The Virgin Management Defendants state that on or around April 2011, Mr. Veitch met with Mr. Anthony Marino and Mr. Peter Norris in Miami.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

83.   The Virgin Management Defendants deny the allegations and characterizations in paragraph 83 of the Amended Complaint and refer to the LinkedIn Page for Mr. Peter Norris, https://www.linkedin.com/pub/peter-norris/28/843/69a, for its contents.

84.   The Virgin Management Defendants deny the allegations in this paragraph.

85.   The Virgin Management Defendants deny the allegations in this paragraph, including the footnote referenced therein.

**THE VEITCH-VIRGIN AGREEMENT**

86.   The Virgin Management Defendants deny the allegations in this paragraph.  The Virgin Management Defendants state that instead of ever coming "to an agreement as to the essential terms between [Mr. Veitch and the Virgin Management Defendants] for the proposed venture," as Plaintiffs' counsel confirmed in writing on July 27, 2012:  "The proposed business venture … was not formed, and is not proceeding, because of conflicting views, and a failure to agree, on terms and conditions proposed by [VMUSA] ***before*** the then intended formation of the

proposed venture between [Veitch] and [VMUSA]."   *See* Exhibit A, Letter from Axelrod to Thompson, attached hereto.  Mr. Veitch confirmed this same fact in writing on August 7, 2012: "the reason the proposed business venture between my company, VSM Development, Inc., and me (collectively, 'VSM') and Virgin Group, USA, Inc. and its affiliates, including Virgin Group Investments Limited (collectively, 'Virgin Group') did not proceed was because of the conflict as to the terms and conditions proposed by Virgin Group …"   *See* Exhibit B, Letter from Veitch to Fried Frank, attached hereto.

87.     The Virgin Management Defendants deny the allegations in this paragraph.

88.     The Virgin Management Defendants deny the allegations in this paragraph.

**A.     The Promote and Licensing Fee**

89.     The Virgin Management Defendants deny the allegations in this paragraph, including the footnote referenced therein.

90.     The Virgin Management Defendants deny the allegations in this paragraph.

91.     The Virgin Management Defendants deny the allegations in this paragraph.

**B.     The Daily Negotiations**

92.     The Virgin Management Defendants state that on or around May 17, 2011, Mr. Veitch met with Mr. Anthony Marino and Mr. Nirmal Saverimuttu in New York City.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

93.     The Virgin Management Defendants deny the allegations in this paragraph.

94.     The Virgin Management Defendants deny the allegations in this paragraph.

95.     The Virgin Management Defendants deny the allegations in this paragraph.

96.     The Virgin Management Defendants deny the allegations in this paragraph.

97.     The Virgin Management Defendants deny the allegations in this paragraph.

98.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 98 of the Amended Complaint and refer to the alleged May 18, 2011 email referenced therein for its contents.

99.    The Virgin Management Defendants admit the allegations in this paragraph.

100.    The Virgin Management Defendants deny the allegations in this paragraph.

101.    The Virgin Management Defendants deny the allegations in this paragraph.

102.    The Virgin Management Defendants deny the allegations in this paragraph, including the footnote referenced therein.

103.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 103 of the Amended Complaint and refer to the alleged May 19, 2011 email referenced therein for its contents.

104.    The Virgin Management Defendants deny the allegations in this paragraph.

105.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 105 of the Amended Complaint and refer to the May 19, 2011 email referenced therein and attached as Exhibit C to the Amended Complaint for its contents.

106.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 106 of the Amended Complaint and refer to the May 20, 2011 email referenced therein and attached as Exhibit C to the Amended Complaint for its contents.

107.    The Virgin Management Defendants deny the allegations in this paragraph.

108.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 108 of the Amended Complaint and refer to the May 20, 2011 email referenced therein and attached as Exhibit C to the Amended Complaint for its contents.

109.    The Virgin Management Defendants deny the allegations in this paragraph.

110.    The Virgin Management Defendants deny the allegations in this paragraph.

111.    The Virgin Management Defendants deny the allegations in this paragraph.

112.    The Virgin Management Defendants state that at all times both Plaintiffs and the Virgin Management Defendants understood that any and all potential terms the parties discussed were subject to future negotiation.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

113.    The Virgin Management Defendants deny the allegations in this paragraph.

114.    The Virgin Management Defendants deny the allegations in this paragraph.

115.    The Virgin Management Defendants deny the allegations in this paragraph.

116.    The Virgin Management Defendants deny the allegations in this paragraph, including the footnote referenced therein.

117.    The Virgin Management Defendants deny the allegations in this paragraph.

118.    The Virgin Management Defendants deny the allegations in this paragraph.

119.    The Virgin Management Defendants deny the allegations in this paragraph.

120.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 120 of the Amended Complaint and refer to the alleged documents referenced therein for their contents.

## PARTNERS AND JOINT VENTURERS

121.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 121 of the Amended Complaint and refer to Exhibit C of the Amended Complaint for its contents.

122.    The Virgin Management Defendants deny the allegations in this paragraph.

123.    The Virgin Management Defendants deny the allegations in this paragraph, including the footnote referenced therein.

14

124.     The Virgin Management Defendants deny the allegations in this paragraph.

125.     The Virgin Management Defendants deny the allegations in this paragraph.

126.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

127.     The Virgin Management Defendants deny the allegations in this paragraph.

128.     The Virgin Management Defendants deny the allegations in this paragraph.

129.     The Virgin Management Defendants deny the allegations in this paragraph.

130.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 130 of the Amended Complaint and refer to the alleged documents referenced, including the footnote referenced therein, for their contents.

131.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 131 of the Amended Complaint and refer to the alleged documents referenced therein for their contents.

**DEVELOPMENT OF THE VIRGIN ULTRA SHIP**

132.     The Virgin Management Defendants admit that Meyer Werft, GmbH worked on a general arrangement plan for a cruise ship in or around August 2011.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

133.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

134.     The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

135.     The Virgin Management Defendants admit that on or around September, 2011, a meeting was held in London with Mr. Veitch and a number of other third-parties to discuss the potential design and development of a cruise ship.  The Virgin Management Defendants lack

sufficient knowledge to admit or deny the remaining allegations in this paragraph at this time, and therefore deny them.

136.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 136 of the Amended Complaint and refer to the Letter of Intent referenced therein and attached as Exhibit D to the Amended Complaint for its contents.

137.    The Virgin Management Defendants deny the allegations in this paragraph.

**DEBT FINANCING**

138.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

139.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

140.    The Virgin Management Defendants admit that on or around October, 2011, a meeting was held at which representatives of VMUSA, Mr. Veitch, representatives of KfW, and Bernard Meyer were present.   The Virgin Management Defendants deny the remaining allegations in this paragraph.

141.    The Virgin Management Defendants deny the allegations in this paragraph.

142.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

143.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 143 of the Amended Complaint and refer to the Letter of Interest referenced therein and attached as Exhibit E to the Amended Complaint for its contents.

144.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 144 of the Amended Complaint and refer to the Letter of Interest referenced therein and attached as Exhibit E to the Amended Complaint for its contents.

## THE EQUITY FINANCING

145.    The Virgin Management Defendants deny the allegations in this paragraph.

146.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

147.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

148.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

149.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

150.    The Virgin Management Defendants state that between November 2011 and April 2012, representatives of VMUSA provided revisions to a management presentation and teaser related to the potential development of a cruise ship business.   The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

151.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 151 of the Amended Complaint and refer to the alleged documents referenced therein for their contents.

152.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 152 of the Amended Complaint and refer to the alleged documents referenced therein for their contents.

153.    The Virgin Management Defendants lack sufficient knowledge to admit or deny the allegations in this paragraph at this time, and therefore deny them.

154.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 154 of the Amended Complaint and refer to the document referenced therein and attached as Exhibit F to the Amended Complaint for its contents.

155.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 155 of the Amended Complaint and refer to the document referenced therein and attached as Exhibit F to the Amended Complaint for its contents.

156.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 156 of the Amended Complaint and refer to the document referenced therein and attached as Exhibit F to the Amended Complaint for its contents.

157.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 157 of the Amended Complaint and refer to the document referenced therein and attached as Exhibit F to the Amended Complaint for its contents.

158.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 158 of the Amended Complaint and refer to the document referenced therein and attached as Exhibit F to the Amended Complaint for its contents.

159.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 159 of the Amended Complaint and refer to the document referenced therein and attached as Exhibit G to the Amended Complaint for its contents.

160.    The Virgin Management Defendants deny the allegations in this paragraph.

**THE IDENTITY OF THE VIRGIN PARTNERS AND VIRGIN PRINCIPALS**

161.    The Virgin Management Defendants deny the allegations in this paragraph.

162.    The Virgin Management Defendants deny the allegations in this paragraph.

163.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 163 of the Amended Complaint and refer to the slide referenced and pasted therein for its contents.

164.    The Virgin Management Defendants deny the allegations in this paragraph.

165.    The Virgin Management Defendants deny the allegations in this paragraph.

166.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 166 of the Amended Complaint and refer to the alleged email referenced therein for its contents.

167.    The Virgin Management Defendants deny the allegations in this paragraph.

168.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 168 of the Amended Complaint and refer to the alleged letter referenced therein for its contents.

169.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 169 of the Amended Complaint and refer to the alleged letter referenced therein for its contents.

170.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 170 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

171.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 171 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

172.    The Virgin Management Defendants deny the allegations in this paragraph.

173.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 173 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

174.     The Virgin Management Defendants deny the allegations in this paragraph.

175.     The Virgin Management Defendants deny the allegations in this paragraph.

176.     The Virgin Management Defendants deny the allegations in this paragraph.

177.     The Virgin Management Defendants state that on or around December 2, 2011, Mr. Veitch made a presentation to certain representatives of the Virgin Management Defendants in London.   The Virgin Management Defendants deny the remaining allegations in this paragraph.

178.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 178 of the Amended Complaint and refer to the website referenced therein, http://www.virgincare.co.uk/staff/patrick-mccall/, for its contents.

179.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 179 of the Amended Complaint and refer to the website referenced therein, https://www.linkedin.com/pub/nick-fox/58/b36/895, for its contents.

180.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 180 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

181.     The Virgin Management Defendants deny the allegations in this paragraph.

182.     The Virgin Management Defendants deny the allegations in this paragraph.

183.     The Virgin Management Defendants state that in or around November 2011, a potential cruise venture was discussed by certain representatives of the Virgin Management

Defendants during a retreat at Necker Island.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

184.    The Virgin Management Defendants deny the allegations in this paragraph.

185.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 185 of the Amended Complaint and refer to the alleged video referenced therein for its contents.

186.    The Virgin Management Defendants deny the allegations in this paragraph.

187.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 187 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

188.    The Virgin Management Defendants deny the allegations in this paragraph.

189.    The Virgin Management Defendants deny the allegations in this paragraph.

190.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 190 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

191.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 191 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

192.    The Virgin Management Defendants deny the allegations in this paragraph.

193.    The Virgin Management Defendants deny the allegations in this paragraph.

194.    The Virgin Management Defendants deny the allegations in this paragraph.

195.    The Virgin Management Defendants deny the allegations in this paragraph.

196.    The Virgin Management Defendants deny the allegations in this paragraph.

197.     The Virgin Management Defendants deny the allegations in this paragraph.

198.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 198 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

199.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 199 of the Amended Complaint and refer to the alleged document referenced therein for its contents.

200.     The Virgin Management Defendants admit that on or around June 29, 2012, VMUSA wrote a letter to Plaintiffs' counsel stating that VMUSA would abide by the terms of the NDA attached as Exhibit B to the Amended Complaint.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

### VIRGIN ANNOUNCES THE NEW VIRGIN CRUISES

201.     The Virgin Management Defendants deny the allegations in this paragraph.

202.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 202 of the Amended Complaint and refer to the Sky News Report referenced therein, available at http://news.sky.com/story/1218963/bransons-virgin-to-pilot-new-cruises-venture, for its contents.

203.     The Virgin Management Defendants deny the allegations and characterizations in paragraph 203 of the Amended Complaint and refer to the alleged magazine article referenced therein for its contents.

204.     The Virgin Management Defendants state that on or around August 2014, Virgin Cruises Limited was formed, and on or around September 2014, Virgin Cruises Intermediate Limited was formed.  The Virgin Management Defendants state that the shareholders of Virgin

Cruises Limited include, among others, private equity, sovereign wealth and family offices.  The Virgin Management Defendants deny the remaining allegations in this paragraph.

205.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 205 of the Amended Complaint and refer to the alleged press release referenced therein for its contents.

206.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 206 of the Amended Complaint and refer to the Sky News Report referenced therein, available at http://www.miamiherald.com/living/travel/cruises/article4283117.html, for  its contents.

207.    The Virgin Management Defendants deny the allegations and characterizations in paragraph 207 of the Amended Complaint and refer to the alleged article referenced therein for its contents.

208.    The Virgin Management Defendants deny the allegations in this paragraph.

## COUNT I
## BREACH OF CONTRACT
### (Against VMUSA)[1]

209.    VMUSA incorporates by reference its response to paragraphs 24 to 208.

210.    VMUSA states that on or about March 11, 2011, it entered into the NDA with Mr. Veitch.  VMUSA denies the remaining allegations in this paragraph.

211.    VMUSA denies the allegations in this paragraph.

212.    VMUSA denies the allegations in this paragraph.

213.    VMUSA denies the allegations in this paragraph.

---

[1]  The Court dismissed Count I of the Amended Complaint as to VGIL, VGHL, and VEL, (*see* D.E. 93), and accordingly no response from VGIL, VGHL, and VEL is required.

214.   VMUSA denies the allegations in this paragraph.

215.   VMUSA denies the allegations and characterizations in paragraph 215 of the Amended Complaint and refers to the NDA attached as Exhibit B to the Amended Complaint for its contents.

216.   VMUSA denies the allegations in this paragraph.

217.   VMUSA denies the allegations in this paragraph.

218.   VMUSA denies the allegations in this paragraph.

219.   VMUSA denies the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, VMUSA denies the allegations in that paragraph and denies that any relief is appropriate.

**COUNT II**
**BREACH OF CONTRACT FOR INJUNCTION**
**(Against VMUSA)[2]**

220.   VMUSA incorporates by reference its response to paragraphs 24 to 208.

221.   VMUSA states that on or about March 11, 2011, it entered into the NDA with Mr. Veitch.  VMUSA denies the remaining allegations in this paragraph.

222.   VMUSA denies the allegations in this paragraph.

223.   VMUSA denies the allegations in this paragraph.

224.   VMUSA denies the allegations in this paragraph.

---

[2]  The Court dismissed Count II of the Amended Complaint as to VGIL, VGHL, and VEL, (*see* D.E. 93), and accordingly no response from VGIL, VGHL, and VEL is required.

225.     VMUSA denies the allegations and characterizations in paragraph 215 of the Amended Complaint and refers to the NDA attached as Exhibit B to the Amended Complaint for its contents.

226.     VMUSA denies the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, VMUSA denies the allegations in that paragraph and denies that any relief is appropriate.

## COUNT III
## MISAPPROPRIATION
### (Against VMUSA, VGIL, VGHL, VEL, VGL and Virgin Cruises)

227.     The Virgin Management Defendants incorporate by reference their response to paragraphs 24 to 208.

228.     The Virgin Management Defendants incorporate by reference their response to all prior paragraphs in the Amended Complaint.

229.     The Virgin Management Defendants deny the allegations in this paragraph.

230.     The Virgin Management Defendants deny the allegations in this paragraph.

231.     The Virgin Management Defendants deny the allegations in this paragraph.

232.     The Virgin Management Defendants deny the allegations in this paragraph.

233.     The Virgin Management Defendants deny the allegations in this paragraph.

234.     The Virgin Management Defendants deny the allegations in this paragraph.

235.     The Virgin Management Defendants deny the allegations in this paragraph.

236.     The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

**COUNT IV**
**UNJUST ENRICHMENT**
**(Against VMUSA, VGIL, VGHL, VEL, VCL and Virgin Cruises)**

237.    The Virgin Management Defendants incorporate by reference their response to paragraphs 24 to 208.

238.    The Virgin Management Defendants state that paragraph 238 states a legal conclusion to which no response is required.  To the extent a response is required, the Virgin Management Defendants deny the allegations in this paragraph.

239.    The Virgin Management Defendants deny the allegations in this paragraph.

240.    The Virgin Management Defendants deny the allegations in this paragraph.

241.    The Virgin Management Defendants deny the allegations in this paragraph.

242.    The Virgin Management Defendants deny the allegations in this paragraph.

243.    The Virgin Management Defendants deny the allegations in this paragraph.

244.    The Virgin Management Defendants deny the allegations in this paragraph.

245.    The Virgin Management Defendants deny the allegations in this paragraph.

246.    The Virgin Management Defendants deny the allegations in this paragraph.

247.    The Virgin Management Defendants deny the allegations in this paragraph.

248.    The Virgin Management Defendants deny the allegations in this paragraph.

249.    The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

## COUNT IV
## UNFAIR COMPETITION
### (Against VMUSA, VGIL, VGHL, and VEL)

250.    The Virgin Management Defendants incorporate by reference their response to paragraphs 24 to 208.

251.    The Virgin Management Defendants deny the allegations in this paragraph.

252.    The Virgin Management Defendants deny the allegations in this paragraph.

253.    The Virgin Management Defendants deny the allegations in this paragraph.

254.    The Virgin Management Defendants deny the allegations in this paragraph.

255.    The Virgin Management Defendants deny the allegations in this paragraph.

256.    The Virgin Management Defendants deny the allegations in this paragraph.

257.    The Virgin Management Defendants deny the allegations in this paragraph.

258.    The Virgin Management Defendants deny the allegations in this paragraph.

259.    The Virgin Management Defendants deny the allegations in this paragraph.

260.    The Virgin Management Defendants deny the allegations in this paragraph.

261.    The Virgin Management Defendants deny the allegations in this paragraph.

262.    The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

## COUNT VI
## UNFAIR COMPETITION
### (Against VMUSA, VGIL, VGHL, and VEL)

263.    The Virgin Management Defendants incorporate by reference their response to paragraphs 47 to 208.

264.    The Virgin Management Defendants deny the allegations in this paragraph.

27

265.    The Virgin Management Defendants deny the allegations in this paragraph.

266.    The Virgin Management Defendants deny the allegations in this paragraph.

267.    The Virgin Management Defendants deny the allegations in this paragraph.

268.    The Virgin Management Defendants deny the allegations in this paragraph.

269.    The Virgin Management Defendants deny the allegations in this paragraph.

270.    The Virgin Management Defendants deny the allegations in this paragraph.

271.    The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

### COUNT VII
### BREACH OF PARTNERSHIP AGREEMENT
### (Against VMUSA, VGIL, VGHL, and VEL)

272.    The Virgin Management Defendants incorporate by reference their response to paragraphs 47 to 208.

273.    The Virgin Management Defendants deny the allegations in this paragraph.

274.    The Virgin Management Defendants state that paragraph 274 states a legal conclusion to which no response is required.  To the extent a response is required, the Virgin Management Defendants deny the allegations in this paragraph.

275.    The Virgin Management Defendants deny the allegations in this paragraph.

276.    The Virgin Management Defendants deny the allegations in this paragraph.

277.    The Virgin Management Defendants deny the allegations in this paragraph.

278.    The Virgin Management Defendants deny the allegations in this paragraph.

279.    The Virgin Management Defendants deny the allegations in this paragraph.

280.    The Virgin Management Defendants deny the allegations in this paragraph.

281.    The Virgin Management Defendants deny the allegations in this paragraph.

282.    The Virgin Management Defendants deny the allegations in this paragraph.

283.    The Virgin Management Defendants deny the allegations in this paragraph.

284.    The Virgin Management Defendants deny the allegations in this paragraph.

285.    The Virgin Management Defendants deny the allegations in this paragraph.

286.    The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

## COUNT VIII
## BREACH OF JOINT VENTURE AGREEMENT
### (Against VMUSA, VGIL, VGHL, and VEL)

287.    The Virgin Management Defendants incorporate by reference their response to paragraphs 47 to 208.

288.    The Virgin Management Defendants state that paragraph 288 states a legal conclusion to which no response is required.  To the extent a response is required, the Virgin Management Defendants deny the allegations in this paragraph.

289.    The Virgin Management Defendants deny the allegations in this paragraph.

290.    The Virgin Management Defendants deny the allegations in this paragraph.

291.    The Virgin Management Defendants deny the allegations in this paragraph.

292.    The Virgin Management Defendants deny the allegations in this paragraph.

293.    The Virgin Management Defendants deny the allegations in this paragraph.

294.    The Virgin Management Defendants deny the allegations in this paragraph.

295.    The Virgin Management Defendants deny the allegations in this paragraph.

296.    The Virgin Management Defendants deny the allegations in this paragraph.

297.   The Virgin Management Defendants deny the allegations in this paragraph.

298.   The Virgin Management Defendants deny the allegations in this paragraph.

299.   The Virgin Management Defendants deny the allegations in this paragraph.

300.   The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

**COUNT IX**
**BREACH OF JOINT VENTURE AGREEMENT**
**(Against VMUSA, VGIL, VGHL, and VEL)**

301.   The Virgin Management Defendants incorporate by reference their response to paragraphs 47 to 208.

302.   The Virgin Management Defendants deny the allegations in this paragraph.

303.   The Virgin Management Defendants deny the allegations in this paragraph.

304.   The Virgin Management Defendants deny the allegations in this paragraph.

305.   The Virgin Management Defendants deny the allegations in this paragraph.

306.   The Virgin Management Defendants deny the allegations in this paragraph.

In response to the "WHEREFORE" clause in the Amended Complaint following this paragraph, which does not include a numbered paragraph, the Virgin Management Defendants deny the allegations in that paragraph and deny that any relief is appropriate.

**DEFENSES AND AFFIRMATION DEFENSES**

The Virgin Management Defendants assert the following defenses and affirmative defenses in response to Plaintiffs' Amended Complaint and the counts purportedly stated therein, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law, regardless of how such defenses are denominated below:

30

## FIRST DEFENSE
### Failure to State a Claim

307.   Plaintiffs' Amended Complaint, on one or more claims for relief set forth therein, fails to state a claim against the Virgin Management Defendants upon which relief can be granted.   Specifically, Plaintiffs' claims fail to state a claim against the Virgin Management Defendants upon which relief can be granted for reasons including, but not limited to: (1) Plaintiffs fail to allege an agency relationship between any representatives identified in the Amended Complaint and any of VGHL, VGIL, or VEL; (2) Plaintiffs may not seek injunctive relief enforcing the terms of an expired non-disclosure agreement or protecting "trade secrets" or "novel ideas" that have been voluntarily disclosed to the public; (3) Plaintiffs have failed to allege any enforceable agreement, partnership, or joint venture, other than the NDA between Mr. Veitch and VMUSA, between any of Plaintiffs, on the one hand, and any of the Virgin Management Defendants, on the other hand; (4) Plaintiffs have failed to plead the requisite elements for an unjust enrichment or unfair competition claim; and (5) Plaintiffs have failed to plead any protectable trade secret or novel business idea.

## SECOND DEFENSE
### Independent Invention

308.   Plaintiffs' claims for "breach of the NDA" and "misappropriation" (Counts I – III) against the Virgin Management Defendants are barred, in whole or in part, by the doctrine of independent invention.   Specifically, these claims are barred by this doctrine for reasons including, but not limited to, that the Virgin Management Defendants, representatives of Virgin Cruises Limited ("VCL"), representatives of Virgin Cruises Intermediate Limited ("VCIL"), and/or other third-parties who were not affiliated with Plaintiffs independently developed the cruise ship business that VCL and VCIL are currently pursuing, rather than this business being pursued using any protectable "trade secrets" or "novel ideas" of Plaintiffs.

31

### THIRD DEFENSE
### No Trade Secrets or Novel Business Ideas

309.    Plaintiffs' claims for "breach of the NDA" and "misappropriation" (Counts I –
III) against the Virgin Management Defendants are barred, in whole or in part, because
Plaintiffs' alleged "Confidential Information," "trade secrets" and/or "novel ideas" were readily
ascertainable through proper means and/or constitute public information.  Specifically, these
claims are barred for reasons including, but not limited to, that Plaintiffs alleged "Confidential
Information," "trade secrets" and/or "novel ideas" were: (1) known due to the Virgin
Management Defendants' independent research;  (2) known due to the Virgin Management
Defendants' discussions with third-parties; (3) consisted of information that was publicly
available; (4) consisted largely of self-evident statements regarding industry trends that were
widely-known throughout the market; and (5) were disclosed by Plaintiffs to third-parties other
than the Virgin Management Defendants without any non-disclosure or other agreements in
place preventing those third-parties from disseminating such information to the public at large.

### FOURTH DEFENSE
### Failure to Identify Trade Secrets or Novel Business Ideas

310.    Plaintiffs' claim for "misappropriation" against the Virgin Management
Defendants is barred, in whole or in part, because Plaintiffs have failed to identify any trade
secrets or novel business ideas.  Specifically, this claim is barred for reasons including, but not
limited to, that Plaintiffs have not identified any "trade secrets" with reasonably particularity or
"novel business ideas" with sufficient specificity to render them concrete.

### FIFTH DEFENSE
### Estoppel

311.    Plaintiffs' claims for "breach of the NDA" and "misappropriation" (Counts I –
III) against the Virgin Management Defendants are barred, in whole or in part, by the doctrine of

estoppel.  Specifically, Plaintiffs' claims are barred by this doctrine for reasons including, but not limited to, that on information and belief, Plaintiffs were aware of the Virgin Management Defendants' ongoing investment in pursuing a potential cruise business after June 2012, yet Plaintiffs delayed filing suit for an extended period of time while the Virgin Management Defendants continued to make such investments, triggering the estoppel doctrine and barring Plaintiffs' claims.

### SIXTH DEFENSE
### Unclean Hands

312.    Plaintiffs' claims for "breach of the NDA" and "misappropriation" (Counts I – III) against the Virgin Management Defendants are barred, in whole or in part, by the doctrine of unclean hands.  Specifically, Plaintiffs' claims are barred by this doctrine for reasons including, but not limited to, that (a) on information and belief, Plaintiffs are claiming as their own information or ideas that were, in actuality, taken from a prior employer; and (b) on information and belief, Plaintiffs were subject to non-compete and/or other agreements with prior employers that precluded them from discussing a potential cruise venture with the Virgin Management Defendants.

### SEVENTH DEFENSE
### No Cognizable Injury

313.    Plaintiffs' Amended Complaint, on one or more claims for relief set forth therein, are barred, in whole or in part, because Plaintiffs have not asserted or sustained a legally cognizable injury.   Specifically, Plaintiffs' claims are barred by this doctrine for reasons including, but not limited to, that on information and belief Plaintiffs cannot show any actual damages incurred as a result of the Virgin Management Defendants' conduct, nor can Plaintiffs show that the Virgin Management Defendants have been unjustly enriched as a result of their conduct.

## EIGHTH DEFENSE
### Speculative and Uncertain Injury

314.    Plaintiffs' Amended Complaint, on one or more claims for relief set forth therein, are barred, in whole or in part, because Plaintiffs' alleged damages, if any, are speculative and uncertain.  Specifically, Plaintiffs' claims are barred by this doctrine for reasons including, but not limited to, that that on information and belief Plaintiffs cannot show any actual damages incurred as a result of the Virgin Management Defendants' conduct, nor can Plaintiffs show that the Virgin Management Defendants have been unjust enriched as a result of their conduct.

## NINTH DEFENSE
### No Irreparable Harm

315.    Plaintiffs' claim for injunctive relief against the Virgin Management Defendants, Count II, is barred because Plaintiffs cannot show that there is no adequate remedy at law. Specifically, Plaintiffs claims is barred by this doctrine for reasons including, but not limited to, that Plaintiffs have not shown that their alleged damages, if any, cannot be redressed monetarily.

## RESERVATION OF RIGHTS

The Virgin Management Defendants reserve the right to raise additional affirmative and other defenses as they are discovered or become available.

## THE VIRGIN MANAGEMENT DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE, the Virgin Management Defendants pray that:

a)    The Court enter judgment on Plaintiffs' Amended Complaint against Plaintiffs and in favor of the Virgin Management Defendants;

b)    The Court award the Virgin Management Defendants their attorneys' fees, expenses and costs incurred in this action, and any additional just and proper amounts, due to Plaintiffs' bad faith pursuit of a claim for misappropriation under the Florida Uniform Trade Secret Statute, Fla. Stat. § 688.005;

c)      The Court award the Virgin Management Defendants their attorneys' fees, expenses and costs incurred in this action, and any additional just and proper amounts, as a prevailing party on Plaintiffs' claim for misappropriation under Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. § 501.2105;

d)      The Court award the Virgin Management Defendants their attorneys' fees, expenses and costs incurred in this action, and any additional just and proper amounts, due to Plaintiffs unreasonable and vexatious actions in pursuing this meritless suit pursuant to 28 U.S.C. § 1927;

e)      The Court award the Virgin Management Defendants their costs pursuant to 28 U.S.C. § 1920, or pursuant to any other applicable statute and

f)      The Court award the Virgin Management Defendants such other and further relief as this Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

The Virgin Management Defendants demand trial by jury on all claims so triable.


DATED:  October 2, 2015

s/ Janet T. Munn_____
Janet T. Munn, Fla. Bar No. 501281
Email:  jmunn@rascoklock.com
Rasco Klock Perez & Nieto, P.L.
2555 Ponce de Leon, Suite 600
Coral Gables, FL  33134
Telephone:  305.476.7101
Telecopy:  305.476.7102

*AND*

s/ Claude M. Stern_____
Claude M. Stern*
Email:  claudestern@quinnemanuel.com
Evette D. Pennypacker*
Email:  evettepennypacker@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, Suite 500
Redwood Shores, CA  94065

Telephone:  650.801.5000
Telecopy:  650.801.5100

Marc Greenwald*
Email:  marcgreenwald@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan LLP
50 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  212.849.7000
Telecopy:  212.849.7100

*Counsel for Defendants Virgin Management
USA, Inc., Virgin Group Investments Ltd.,
Virgin Group Holdings Limited, and Virgin
Enterprises Limited*

*\* Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 2, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically. Notices of Electronic Filing:

Jeffrey W. Gutchess, Esq.
Fla. Bar No.: 702641
jgutchess@bilzin.com
Daniel Tropin, Esq.
Fla. Bar No.: 100424
dtropin@bilzin.com
Brandon Rose, Esq.
Fla. Bar No.: 99984
brose@bilzin.com
eservice@bilzin.com
margote@bilzin.com
Bilzin Sumberg Baena
Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Telephone: 305.350.7312
Facsimile: 305.351.2132

*Counsel for Plaintiffs*

Dale M. Cendali*
Email:  dale.cendali@kirkland.com
Johanna Schmitt*
Email:  johanna.schmitt@kirkland.com
Phillip A. L. Hill*
Email:  phil.hill@kirkland.com
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-6460

P. Daniel Bond*
Email:  daniel.bond@kirkland.com
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Admitted Pro Hac Vice*

*Counsel for Virgin Cruises Intermediate Limited
and Virgin Cruises Limited*

By: s/ Janet T. Munn
　　 Janet T. Munn