UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20989-CIV-MOORE/MCALILEY

COLIN VEITCH,
VSM DEVELOPMENT, INC.,

      Plaintiffs,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED
VIRGIN CRUISES LIMITED,

      DEFENDANTS.
_____/

**ORDER GRANTING NON-PARTY SIR RICHARD BRANSON'S
MOTION TO QUASH SUBPOENA**

Non-party Sir Richard Branson filed a motion to quash a subpoena for deposition that Plaintiffs served upon him, which the Honorable K. Michael Moore referred to me. [DE 7, 107,[1] 112]. Plaintiffs filed a Response. [DE 131, 138-1, 140].[2] After carefully reviewing these pleadings, the record and the applicable law, the Court advised the parties of its ruling at a discovery conference held on October 16, 2015. For the reasons stated at that time, which are incorporated into this Order, the Court **ORDERS** that:

      1.    Sir Richard Branson's Motion to Quash [DE 107, 112], is **GRANTED**. At this time, Plaintiffs' deposition of Sir Richard Branson will not go

---

[1] This is the sealed version of the Motion to Quash.

[2] The sealed version of Plaintiffs' Response is filed at docket entry no. 140.

forward because Plaintiffs have not met their burden to establish that Branson, a high ranking official, should reasonably be subject to deposition.  In particular, on the record before the Court, Plaintiffs have not established that Branson has unique, non-repetitive firsthand knowledge regarding the facts at issue in this action, and that other less intrusive means of discovery regarding Branson's involvement and knowledge have been exhausted without success.

2.      The Court's ruling is without prejudice to Plaintiffs' ability to seek a future deposition of Sir Richard Branson if they are able to satisfy their burden under the "apex doctrine."

3.      As agreed at the hearing, if Plaintiffs later decide to depose Sir Richard Branson, defense counsel will accept service of the subpoena without waiving any objections Sir Richard Branson may have under Rule 45 of the Federal Rules of Civil Procedure.

DONE and ORDERED in chambers at Miami, Florida, this 19th day of October, 2015.

CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

cc:     The Honorable K. Michael Moore
        Counsel of record