UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-20989-CIV-MOORE/McALILEY

COLIN VEITCH,
VSM DEVELOPMENT, INC.,

      Plaintiffs,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED,
VIRGIN CRUISES LIMITED,

      Defendants.
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised the above styled case was mediated on December 4, 2015, consistent with the orders of the Court. All required parties were present. Resolution was not achieved.

While the parties and their counsel are preparing to proceed toward a litigated resolution, I remain committed to achieve a negotiated resolution at such time as it may be deemed mutually appropriate.

                        Respectfully submitted,

                        Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 7th day of December, 2015, to the following:

Jeffrey W. Gutchess (FBN 702641)
jgutchess@bilzin.com
David Massey (FBN 86129)
dmassey@bilzin.com
Daniel Tropin (FBN 100424)
dtropin@bilzin.com
Brandon Rose (FBN99984)
brose@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., 23rd Floor
Miami, FL 33131
Telephone: (305) 350-7213
Facsimile: (305) 351-2132
eService@bilzin.com
margote@bilzin.com
*Attorneys for Plaintiffs*

Janet T. Munn (FBN 501298)
jmunn@rascoklock.com
**RASCO KLOCK PEREZ & NIETO PL**
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102

*Counsel for Defendants*
*Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Limited, Virgin Enterprises Limited, Virgin Cruises Intermediate Limited and Virgin Cruises Limited*


s/Claude M. Stern
Claude M. Stern*
Email: claudestern@quinnemanuel.com
Evette D. Pennypacker*
Email: evettepennypacker@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Drive, Suite 500
Redwood Shores, CA 94065
Telephone: 650.801.5000
Telecopy: 650.801.5100

Marc Greenwald*
Email: marcgreenwald@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York10010
Telephone: 212.849.700
Telecopy: 212.849.7100

**Admitted Pro Hac Vice*

*Counsel for Defendants Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Limited, and Virgin Enterprises Limited*


s/ Dale Cendali
Dale Cendali, P.C.*
Email: dale.cendali@kirkland.com
Joseph A. Loy*
jloy@kirkland.com
Johanna Schmitt*
Email: johanna.schmitt@kirkland.com
Daniel Bond*
Email: dbond@kirkland.com
Phillip Hill*
Email: phil.hill@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
United States
Telephone: 212.446.4800
Fax: 212.446.4900

*Admitted Pro Hac Vice

*Counsel for Defendants Virgin Cruises Intermediate Limited and Virgin Cruises Limited*


_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622