UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20989-CIV-MOORE/McALILEY

COLIN VEITCH,

    Plaintiff,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED,
AND VIRGIN CRUISES LIMITED,

    Defendants.
_____/

**JOINT MOTION OF PLAINTIFF AND VIRGIN MANAGEMENT
DEFENDANTS FOR A FURTHER EXTENSION OF TIME FOR
THE VIRGIN MANAGEMENT DEFENDANTS TO RESPOND TO
PLAINTIFF'S MOTION TO STRIKE CERTAIN OF THE VIRGIN
MANAGEMENT DEFENDANTS' AFFIRMATIVE DEFENSES [D.E. #169]**

Plaintiff Colin Veitch ("Veitch") and Defendants Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Ltd., and Virgin Enterprises Ltd. (collectively "Virgin Management Defendants"), pursuant to Rule 6(b)(1)(A) respectfully jointly move unopposed for a further extension of time, to and including January 8, 2016, for the Virgin Management Defendants to file a response to Plaintiff's Motion to Strike Certain of the Virgin Management's Affirmative Defenses in their First Amended Answer to Plaintiffs' Second Amended Complaint [D.E. # 169] ("Joint Motion"). The grounds supporting this Joint Motion are:

**MEMORANDUM OF LAW**

Under present deadlines, the Virgin Management Defendants' response to Veitch's Motion to Strike is due December 29, 2015. This motion is not filed for any improper purpose or for the purpose of delay, but is the minimum amount of time needed by the Virgin Management Defendants to prepare a response to Veitch's Motion to Strike. All parties in this action are

presently fully occupied with other matters in this case.  Granting this joint request will assist both the Court and the parties in the resolution of this case.  The Court has authority to grant extensions of time when justice would be served. Fed. R. Civ. P. 6(b)(1)(A).

## CONCLUSION

For the foregoing reasons, Veitch and the Virgin Management Defendants respectfully request that the Court grant their Unopposed Motion for extension of time to and including January 8, 2016, for the Virgin Management Defendants to file a Response to Plaintiff's Motion to Strike Certain of the Virgin Management Defendants Affirmative Defenses in their Second Amended Answer to Plaintiffs' Second Amended Complaint.  A proposed Order is attached as Exhibit A.

Dated: December 29, 2015

Respectfully submitted,

s/ Jeffrey W. Gutchess
Jeffrey W. Gutchess, Esq.
Florida Bar No. 702641
jgutchess@bilzin.com
Daniel Tropin, Esq.
dtropin@bilzin.com
Brandon Rose, Esq.
brose@bilzin.com
Anthony Narula
anarula@bilzin.com
**Bilzin Sumberg Baena Price & Axelrod LLP**
1450 Brickell Avenue, 23rd Floor,
Miami, FL 33131
Telephone: 305.350.7312
Facsimile: 305.351.2132
*Counsel for Plaintiff*

/s Janet T. Munn
Janet T. Munn
Florida Bar No. 50128
jteresamunn@gmail.com
**RASCO KLOCK PEREZ & NIETO PL**
2555 Ponce de Leon Blvd., Suite 600
Coral Gables, FL 33134
Telephone: 305.476.7101
Facsimile: 305.476.7102
*Counsel for Defendants*

/s Claude M. Stern
Claude M. Stern*
Email: claudestern@quinnemanuel.com
Evette D. Pennypacker*
Email: evettepennypacker@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Drive, Suite 500
Redwood Shores, CA 94065
Telephone: 650.801.5000
Telecopy: 650.801.5100

Marc Greenwald*
Email: marcgreenwald@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: 212.849.700

2

Telecopy: 212.849.7100
*Admitted Pro Hac Vice
**Counsel for the Virgin Management Defendants**
s/ Dale Cendali, P.C.*
Dale Cendali, P.C.
Email: dale.cendali@kirkland.com
Joseph A. Loy*
Email: joseph.loy@kirkland.com
Johanna Schmitt, Esq.*
Email: johanna.schmitt@kirkland.com
Daniel Bond, Esq.*
dbond@kirkland.com
Phillip Hill, Esq.*
phil.hill@kirkland.com
**Kirkland & Ellis LLP**
601 Lexington Avenue, New York, NY 10022
Telephone: 212.446.4800
Facsimile: 212.446.4900
*Admitted Pro Hac Vice
**Counsel for Defendants Virgin Cruises Intermediate Ltd. and Virgin Cruises Ltd.**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically. Notices of Electronic Filing:

>Dale Cendali, P.C.
>dale.cendali@kirkland.com
>Johanna Schmitt, Esq.
>johanna.schmitt@kirkland.com
>Daniel Bond, Esq.
>dbond@kirkland.com
>Phillip Hill, Esq.
>phil.hill@kirkland.com
>**Kirkland & Ellis LLP**
>601 Lexington Avenue, New York, NY 10022
>Telephone: 212.446.4800
>Facsimile: 212.446.4900
>*Counsel for Defendants Virgin Cruises*
>*Intermediate Ltd. and Virgin Cruises Ltd.*

>By: /s Janet T. Munn
>Janet T. Munn