*CASE NO. 15-20989-CIV-MOORE/McALILEY*

# EXHIBIT A

# [PROPOSED] ORDER ON JOINT MOTION OF PLAINTIFF AND VIRGIN MANAGEMENT DEFENDANTS FOR A FURTHER EXTENSION OF TIME FOR THE VIRGIN MANAGEMENT DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE CERTAIN OF THE VIRGIN MANAGEMENT DEFENDANTS' AFFIRMATIVE DEFENSES [D.E. #169]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20989-CIV-MOORE/McALILEY

COLIN VEITCH,

    Plaintiff,

v.

VIRGIN MANAGEMENT USA, INC.,
VIRGIN GROUP INVESTMENTS LTD.,
VIRGIN GROUP HOLDINGS LIMITED,
VIRGIN ENTERPRISES LIMITED,
VIRGIN CRUISES INTERMEDIATE LIMITED,
AND VIRGIN CRUISES LIMITED.

    Defendants.
_____/

**[PROPOSED] ORDER ON JOINT MOTION OF PLAINTIFF AND VIRGIN MANAGEMENT DEFENDANTS FOR A FURTHER EXTENSION OF TIME FOR THE VIRGIN MANAGEMENT DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO STRIKE CERTAIN OF THE VIRGIN MANAGEMENT DEFENDANTS' AFFIRMATIVE DEFENSES [D.E. #169]**

THIS CAUSE came before the Court on the Joint Motion of Plaintiff Colin Veitch ("Veitch") and Defendants Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Limited and Virgin Enterprises Limited (collectively "the Virgin Management Defendants") for a further extension of time for the Virgin Management Defendants to file a response to Veitch's Motion to Strike Certain of the Virgin Management Defendants' Affirmative Defenses [D.E. #169].  The Court has considered the Joint Motion and being otherwise duly advised, it is hereby

2

ORDERED AND ADJUDGED that the Joint Motion is Granted. The Virgin Management Defendants shall have to and including January 8, 2016, to file their response to Veitch's Motion to Strike [D.E. # 169].

DONE AND ORDERED in chambers at Miami, Florida this ____ day of December 2015.

_____
K. MICHAEL MOORE
Chief United States District Judge

cc:     All Counsel of Record