UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20989-CIV-MOORE/MCALILEY

**COLIN VEITCH,**

    Plaintiff,

v.

**VIRGIN MANAGEMENT USA, INC.,**
**VIRGIN GROUP INVESTMENTS LTD.,**
**VIRGIN GROUP HOLDINGS LIMITED**,
**VIRGIN ENTERPRISES LIMITED,**
**VIRGIN CRUISES INTERMEDIATE LIMITED**,
**VIRGIN CRUISES LIMITED,**

    Defendants.
_____/

## STIPULATED MOTION FOR DISMISSAL

Plaintiff Colin Veitch and Defendants Virgin Management USA, Inc., Virgin Group Investments Ltd., Virgin Group Holdings Limited, Virgin Enterprises Limited, Virgin Cruises Intermediate Limited and Virgin Cruises Limited, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in the complaint in this action between plaintiff Colin Veitch and Defendants, and each and all of them, WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| Dated: January 26, 2016 | Respectfully submitted, |

| | |
|---|---|
| s/ Jeffrey W. Gutchess | /s Janet T. Munn |
| Jeffrey W. Gutchess, Esq. | Janet T. Munn |
| Florida Bar No. 702641 | Florida Bar No. 501281 |
| jgutchess@bilzin.com | mailto:jmunn@rascoklock.com |
| Daniel Tropin, Esq. | **RASCO KLOCK PEREZ & NIETO PL** |
| dtropin@bilzin.com | 2555 Ponce de Leon Blvd., Suite 600 |
| Brandon Rose, Esq. | Coral Gables, FL 33134 |
| brose@bilzin.com | Telephone: 305.476.7101 |
| Anthony Narula | Facsimile: 305.476.7102 |
| anarula@bilzin.com | *Counsel for Defendants* |
| **Bilzin Sumberg Baena** | |
| **Price & Axelrod LLP** | /s Claude M. Stern |
| 1450 Brickell Avenue, 23rd Floor, | Claude M. Stern* |
| Miami, FL 33131 | Email: claudestern@quinnemanuel.com |
| Telephone: 305.350.7312 | Evette D. Pennypacker* |
| Facsimile: 305.351.2132 | Email: evettepennypacker@quinnemanuel.com |
| *Counsel for Plaintiff* | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | 555 Twin Dolphin Drive, Suite 500 |
| | Redwood Shores, CA 94065 |
| | Telephone: 650.801.5000 |
| | Telecopy: 650.801.5100 |
| | |
| | Marc Greenwald* |
| | Email: marcgreenwald@quinnemanuel.com |
| | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| | 51 Madison Avenue, 22nd Floor |
| | New York, New York 10010 |
| | Telephone: 212.849.700 |
| | Telecopy: 212.849.7100 |
| | *Admitted Pro Hac Vice |
| | *Counsel for the Virgin Management Defendants* |
| | s/ Dale Cendali, P.C.* |
| | Dale Cendali, P.C. |
| | Email: dale.cendali@kirkland.com |
| | Joseph A. Loy* |
| | Email: joseph.loy@kirkland.com |
| | Johanna Schmitt, Esq.* |
| | Email: johanna.schmitt@kirkland.com |
| | Daniel Bond, Esq.* |
| | dbond@kirkland.com |

       Phillip Hill, Esq.*
       phil.hill@kirkland.com
       **Kirkland & Ellis LLP**
       601 Lexington Avenue, New York, NY 10022
       Telephone: 212.446.4800
       Facsimile: 212.446.4900
       *\*Admitted Pro Hac Vice*
       ***Counsel for Defendants Virgin Cruises***
       ***Intermediate Ltd. and Virgin Cruises Ltd.***